# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Accor Management US Inc., Accor Hotels & Resorts (Maryland) LLC, and (see Attachment A)

### DEFENDANTS
Visa Inc., Visa U.S.A., Inc., Visa International Service Association, MasterCard Incorporated, and MasterCard International Incorporated

**(b)** County of Residence of First Listed Plaintiff: Prince George's County, Maryland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: San Francisco County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel A. Sasse, Deborah E. Arbabi, John S. Gibson, Jordan L. Ludwig
Crowell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505; 949-263-8400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | [x] 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury -Medical Malpractice | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 490 Cable/Sat TV |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 864 SSID Title XVI | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 891 Agricultural Acts |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 895 Freedom of Information Act |
| 240 Torts to Land | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 896 Arbitration |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | **OTHER** | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 448 Education | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §§ 1, 2, 26

Brief description of cause:
Unlawful restraint of trade; monopolization of trade

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE: Hon. Margo K. Brodie (E.D.N.Y.)
DOCKET NUMBER: 1:05-md-01720-MKB-JO

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

- [x] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE

**DATE:** 07/19/2019

**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Daniel. A. Sasse

# ATTACHMENT A TO CIVIL CASE COVER SHEET

Plaintiffs:

Accor Management US Inc.; Accor Hotels & Resorts (Maryland) LLC; Fairmont Hotel Management L.P.; Auro Hotels Management, LLC; AutoNation, Inc.; BJ's Restaurants, Inc.; Bridgestone Americas, Inc.; Bridgestone Americas Tire Operations, LLC; Bridgestone Retail Operations, LLC; Caleres, Inc.; CarMax, Inc.; Concord Hospitality Enterprises Company, LLC; The Container Store, Inc.; Crestline Hotels & Resorts, LLC; DIRECTV, LLC; AT&T Services, Inc.; AT&T Corp.; AT&T Mobility LLC; AT&T Mobility II, LLC; BellSouth Telecommunications LLC; Cricket Wireless LLC; DC Comics; E.C. Publications, Inc.; HBO Digital Services, Inc.; HBO Retail Ventures, Inc.; Telepictures Productions Inc.; Warner Brothers Advanced Media Services Inc.; Warner Bros. Consumer Products Inc.; Warner Bros. Digital Networks Labs Inc.; Warner Bros. Entertainment, Inc.; Warner Bros. Home Entertainment Inc.; WB Games Boston Inc.; WB Studio Enterprises Inc.; Enterprise Holdings, Inc.; Fitness International, LLC;  Flynn Restaurant Group LP; Gordon Brothers Group, LLC; Heart of America Management, L.L.C.; Hilton Worldwide Holdings, Inc.; Host Hotels & Resorts, L.P.; HSN, Inc.; Cornerstone Brands, Inc.; Hyatt Hotels Corporation; Ingram Micro Inc.; Interstate Hotels & Resorts, Inc.; Jack in the Box Inc.; Joshi Hotel Group, LLC; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; LEGO Systems, Inc.; LEGO Brand Retail, Inc.; Loews Hotels Holding Corporation; Mananto Enterprises LLC; Marriott International, Inc.; Marriott Vacations Worldwide Corporation; Mountain Standard Group, LLC; National General Holdings Corp.; National General Management Corp.; Nespresso USA, Inc.; Nestle Waters North America Inc.; Old Comp Inc.; OnStar, LLC; Pacifica Hotel Management, LLC; Public Storage; Qdoba Restaurant Corporation; Sage Hospitality Resources LLC; Sage Investment Holdings, L.L.C.; Sephora USA, Inc.; Sunstone Hotel Investors, Inc.; United Airlines, Inc.; UnitedHealth Group Incorporated; White Lodging Services Corporation