1  Daniel A. Sasse (State Bar No. 236234)
      dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
      darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
      jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
      jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   AutoNation, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | **PLAINTIFF AUTONATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

AUTONATION, INC.'S CERT. OF INTERESTED
ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff AutoNation, Inc. states: AutoNation, Inc. has no parent corporation. No publicly traded corporation owns 10 percent or more of AutoNation, Inc.'s stock.

Dated: July 23, 2019     CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
AutoNation, Inc.