1    Daniel A. Sasse (State Bar No. 236234)
        dsasse@crowell.com
2    Deborah E. Arbabi (State Bar No. 167275)
        darbabi@crowell.com
3    John S. Gibson (State Bar No. 140647)
        jgibson@crowell.com
4    Jordan L. Ludwig (State Bar No. 277952)
        jludwig@crowell.com
5    CROWELL & MORING LLP
     3 Park Plaza, 20th Floor
6    Irvine, CA  92614-8505
     Telephone: (949) 263-8400
7    Facsimile:  (949) 263-8414

8    Attorneys for Plaintiffs
     DIRECTV, LLC, AT&T Services, Inc.,
9    AT&T Corp., AT&T Mobility LLC,
     AT&T Mobility II, LLC,
10   BellSouth Telecommunications LLC,
     Cricket Wireless LLC, DC Comics,
11   E.C. Publications, Inc.,
     HBO Digital Services, Inc.,
12   HBO Retail Ventures, Inc.,
     Telepictures Productions Inc.,
13   Warner Bros. Advanced Media Services Inc.,
     Warner Bros. Consumer Products Inc.,
14   Warner Bros. Digital Networks Labs Inc.,
     Warner Bros. Entertainment Inc.,
15   Warner Bros. Home Entertainment Inc.,
     WB Games Boston Inc., and
16   WB Studio Enterprises Inc.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20   Accor Management US Inc., et al.,            Case No. 3:19-CV-04188-JCS

21              Plaintiffs,                       **PLAINTIFFS DIRECTV, LLC, AT&T
                                                  SERVICES, INC., AT&T CORP., AT&T
22        v.                                      MOBILITY LLC, AT&T MOBILITY II,
                                                  LLC, BELLSOUTH
23   Visa Inc., et al.,                           TELECOMMUNICATIONS LLC,
                                                  CRICKET WIRELESS LLC, DC COMICS,
24              Defendants.                       E.C. PUBLICATIONS, INC., HBO
                                                  DIGITAL SERVICES, INC., HBO RETAIL
25                                                VENTURES, INC., TELEPICTURES
                                                  PRODUCTIONS INC., WARNER BROS.
26                                                ADVANCED MEDIA SERVICES INC.,
                                                  WARNER BROS. CONSUMER
27                                                PRODUCTS INC., WARNER BROS.
                                                  DIGITAL NETWORKS LABS INC.,
28                                                WARNER BROS. ENTERTAINMENT**

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DIRECTV, LLC, ET AL.'S CERT. OF INTERESTED ENTITIES
OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

**INC., WARNER BROS. HOME ENTERTAINMENT INC., WB GAMES BOSTON INC., AND WB STUDIO ENTERPRISES INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**

Hon. Joseph C. Spero

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: AT&T Inc., as the parent company of DIRECTV, LLC, AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, AT&T Mobility II, LLC, BellSouth Telecommunications LLC, Cricket Wireless LLC, DC Comics, E.C. Publications, Inc., HBO Digital Services, Inc., HBO Retail Ventures, Inc., Telepictures Productions Inc., Warner Bros. Advanced Media Services Inc., Warner Bros. Consumer Products Inc., Warner Bros. Digital Networks Labs Inc., Warner Bros. Entertainment Inc., Warner Bros. Home Entertainment Inc., WB Games Boston Inc., and WB Studio Enterprises Inc.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs DIRECTV, LLC, AT&T Services, Inc., AT&T Corp., AT&T Mobility LLC, AT&T Mobility II, LLC, BellSouth Telecommunications LLC, Cricket Wireless LLC, DC Comics, E.C. Publications, Inc., HBO Digital Services, Inc., HBO Retail Ventures, Inc., Telepictures Productions Inc., Warner Bros. Advanced Media Services Inc., Warner Bros. Consumer Products Inc., Warner Bros. Digital Networks Labs Inc., Warner Bros. Entertainment Inc., Warner Bros. Home Entertainment Inc., WB Games Boston Inc., and WB Studio Enterprises Inc. are, directly or indirectly, subsidiaries of

CROWELL
& MORING LLP
ATTORNEYS AT LAW
-2-
DIRECTV, LLC, ET AL.'S CERT. OF INTERESTED ENTITIES
OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

1 | publicly held corporation AT&T Inc.  No publicly traded corporation owns 10 percent or more of

2 | AT&T Inc.'s stock.

3

4 | Dated:  July 23, 2019                    CROWELL & MORING LLP

5

6 |                                         By: */s/ Daniel A. Sasse*
                                                _____

7 |                                              Daniel A. Sasse
                                                 Deborah E. Arbabi

8 |                                              John S. Gibson
                                                 Jordan L. Ludwig

9 |                                              *Attorneys for Plaintiffs*

10 |                                             DIRECTV, LLC, AT&T Services, Inc.,
                                                 AT&T Corp., AT&T Mobility LLC,

11 |                                             AT&T Mobility II, LLC,
                                                 BellSouth Telecommunications LLC,

12 |                                             Cricket Wireless LLC, DC Comics,
                                                 E.C. Publications, Inc.,

13 |                                             HBO Digital Services, Inc.,
                                                 HBO Retail Ventures, Inc.,

14 |                                             Telepictures Productions Inc.,
                                                 Warner Bros. Advanced Media Services Inc.,

15 |                                             Warner Bros. Consumer Products Inc.,
                                                 Warner Bros. Digital Networks Labs Inc.,

16 |                                             Warner Bros. Entertainment Inc.,
                                                 Warner Bros. Home Entertainment Inc.,

17 |                                             WB Games Boston Inc., and
                                                 WB Studio Enterprises Inc.

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

DIRECTV, LLC, ET AL.'S CERT. OF INTERESTED ENTITIES
OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS