1    Daniel A. Sasse (State Bar No. 236234)
        dsasse@crowell.com
2    Deborah E. Arbabi (State Bar No. 167275)
        darbabi@crowell.com
3    John S. Gibson (State Bar No. 140647)
        jgibson@crowell.com
4    Jordan L. Ludwig (State Bar No. 277952)
        jludwig@crowell.com
5    CROWELL & MORING LLP
     3 Park Plaza, 20th Floor
6    Irvine, CA  92614-8505
     Telephone: (949) 263-8400
7    Facsimile:  (949) 263-8414

8    Attorneys for Plaintiff
     Flynn Restaurant Group LP
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13   Accor Management US Inc., et al.,          Case No. 3:19-CV-04188-JCS

14                      Plaintiffs,             **PLAINTIFF FLYNN RESTAURANT
                                                GROUP LP'S CERTIFICATION OF
15         v.                                   INTERESTED ENTITIES OR PERSONS
                                                (L.R. 3-15) AND CORPORATE
16   Visa Inc., et al.,                         DISCLOSURE STATEMENT**

17                      Defendants.             Hon. Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Flynn Restaurant Group LP states:  Flynn Restaurant Group LP has no parent corporation.  No publicly traded corporation owns 10 percent or more of Flynn Restaurant Group LP's stock.

Dated:  July 23, 2019                          CROWELL & MORING LLP


                                               By: */s/ Daniel A. Sasse*
                                               _____

                                                   Daniel A. Sasse
                                                   Deborah E. Arbabi
                                                   John S. Gibson
                                                   Jordan L. Ludwig

                                                   *Attorneys for Plaintiff*
                                                   Flynn Restaurant Group LP

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

FLYNN RESTAURANT GROUP LP'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS