Daniel A. Sasse (State Bar No. 236234)
 dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
 darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
 jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
 jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
Host Hotels & Resorts, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | **HOST HOTELS & RESORTS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

HOST HOTELS & RESORTS, L.P.'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Host Hotels & Resorts, Inc., as the parent company of Host Hotels & Resorts, L.P.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Host Hotels & Resorts, L.P. states:  Host Hotels & Resorts, L.P. is a majority owned subsidiary of publicly held corporation, Host Hotels & Resorts, Inc.  Publically traded corporation BlackRock Inc. owns 10 percent or more of Host Hotels & Resorts, Inc.'s stock.

Dated:  July 23, 2019                    CROWELL & MORING LLP


                                         By: */s/ Daniel A. Sasse*  _____

                                             Daniel A. Sasse
                                             Deborah E. Arbabi
                                             John S. Gibson
                                             Jordan L. Ludwig

                                             *Attorneys for Plaintiff*
                                             Host Hotels & Resorts, L.P.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

HOST HOTELS & RESORTS, L.P.'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS