Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiffs
HSN, Inc. and
Cornerstone Brands, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
|---|---|
| Plaintiffs, | **PLAINTIFFS HSN, INC. AND CORNERSTONE BRANDS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

HSN, INC. AND CORNERSTONE BRANDS, INC.'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  QVC, Inc., as the parent corporation of HSN, Inc.  Qurate Retail, Inc., as the parent of QVC, Inc. and Cornerstone Brands, Inc.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs HSN, Inc. and Cornerstone Brands, Inc. state:  Plaintiff HSN, Inc. is a subsidiary of QVC, Inc.  Qurate Retail, Inc. is a publicly traded corporation and owns 10 percent or more of QVC, Inc.'s stock.  Plaintiff Cornerstone Brands, Inc. is an indirect wholly-owned subsidiary of Qurate Retail, Inc.

Dated:  July 23, 2019              CROWELL & MORING LLP


                                  By: */s/ Daniel A. Sasse*

                                      Daniel A. Sasse
                                      Deborah E. Arbabi
                                      John S. Gibson
                                      Jordan L. Ludwig

                                      *Attorneys for Plaintiffs*
                                      HSN, Inc. and
                                      Cornerstone Brands, Inc.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

HSN, INC. AND CORNERSTONE BRANDS, INC.'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS