1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Interstate Hotels & Resorts, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
|---|---|
| Plaintiffs, | **PLAINTIFF INTERSTATE HOTELS & RESORTS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL & MORING LLP
ATTORNEYS AT LAW

INTERSTATE HOTELS & RESORTS, INC.'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: KIHR Holdings, Inc., as the parent company of Interstate Hotels & Resorts, Inc. The following entities, which own hotels managed by Interstate Hotels & Resorts, Inc.:

STW Grand, LLC

Glacier House Franchisee, LLC

Laurentian Properties, LLC

Integrated 32 West Randolph, LLC

Waramaug Athens LLC

Foster West Anaheim Property, LLC

Waramaug Arlington II LLC

1325 South Lamar Hotel LP

Blue Cougar RDU, LLC

Pritpal Kaur

Concord Hotel LLC

2929 Williams Boulevard, LLC

Universal Towers Construction, Inc.

Today's Hotel Seattle Corporation

Nebula International LLC

9901 La Cienega (Los Angeles) Esong, LLC

340 Biscayne Owner LLC

GRE HI Olrando Operating Tenant, LLC

San Antonio Falcon Hotel, LLC

Gurudev Enterprises LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

INTERSTATE HOTELS & RESORTS, INC.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

| | |
|---|---|
| 1 | Today's Hotel Corporation |
| 2 | Magnum Hotel Properties LP |
| 3 | Waramaug Plantation LLC |
| 4 | Waramaug Hauppauge LLC |
| 5 | Blue Cougar Montrose LLC |
| 6 | WW Holx Bentonville, LLC |
| 7 | China Management, LLC |
| 8 | Seva Enterprises LLC |
| 9 | Holiday Garden WC Corp. |
| 10 | RLJ II - Hols Kentwood Lessee, LLC |
| 11 | Three Marquis Partners |
| 12 | RLJ II - Holx Midway Lessee, LLC |
| 13 | Summit Hotel TRS 065, LLC |
| 14 | RLJ III - St. Charles Ave Hotel Lessee, LLC |
| 15 | Summit Hotel TRS 123, LLC |
| 16 | RL Olympia, LLC |
| 17 | Pier 66 Ventures, LLC |
| 18 | BTW Hotel Holdgins, LLC |
| 19 | The Bicycle Casino, L.P. |
| 20 | WHI Napa LLC |
| 21 | BSREP II Dupont Circle TRS LLC |
| 22 | 200 Edenvale Avenue Hotel Operator LLC |
| 23 | 1831 South Harbor Boulevard Hodlings, LLC |
| 24 | Saint Mary's Partners L.P. |
| 25 | Springfield Hospitality, LLC |
| 26 | Holiday Garden S.F. Corp. |
| 27 | Corporate Residential, LLC |
| 28 | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

INTERSTATE HOTELS & RESORTS, INC.'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

Key Inn, Ltd

Pacific Hotel and Suites, LLC

LCDC Resort, LLC

Stillwater Preserve Development, LLC

Glacier House Franchisee LLC

601 Poydras Acquisition, LLC

The Jung Subtenant, LLC

St. Ann Lodging, LLC

BSREP II Vintage Estate TRS LLC

BRE/South Seas Resort Owner L.L.C.

BRE/Sanibel Inn Owner, LLC

BRE/Seaside Inn Owner, L.L.C.

BRE/Song of the Sea Owner, L.L.C.

BRE/Seaside Beach Owner, L.L.C.

Charles Square Cambridge, LLC

RHC Operating LLC

Lighting Way Hospitality

RLJ II - Midway Restaurant Lessee, LLC

Steven T. Hermann

Beckley Hotel Associates

Red Lion Anaheim LLC

RL Salt Lake, LLC

RLJ II - SLE Midway Lessee, LLC

Gateway Gettysburg Hotel/Conference Center Partner, L.P.

Investel Two LLC

///

///

-4-    INTERSTATE HOTELS & RESORTS, INC.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

CROWELL & MORING LLP
ATTORNEYS AT LAW

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Interstate Hotels & Resorts, Inc. states:  Interstate Hotels & Resorts, Inc. is a subsidiary of KIHR Holdings, Inc.  No publicly traded corporation owns 10 percent or more of Interstate Hotels & Resorts, Inc.'s stock.

Dated:  July 23, 2019                CROWELL & MORING LLP


By: */s/ Daniel A. Sasse*

   Daniel A. Sasse
   Deborah E. Arbabi
   John S. Gibson
   Jordan L. Ludwig

   *Attorneys for Plaintiff*
   Interstate Hotels & Resorts, Inc.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-5-

INTERSTATE HOTELS & RESORTS, INC.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS