1  Daniel A. Sasse (State Bar No. 236234)
   dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
   darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
   jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
   jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA 92614-8505
   Telephone: (949) 263-8400
7  Facsimile: (949) 263-8414

8  Attorneys for Plaintiffs
   Kaiser Foundation Health Plan, Inc. and
9  Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>Visa Inc., et al.,<br><br>            Defendants. | Case No. 3:19-CV-04188-JCS<br><br>**PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

CROWELL & MORING LLP
ATTORNEYS AT LAW

KAISER FDN. HEALTH PLAN, INC. AND KAISER FDN. HOSPITALS' CERT. OF INTERESTED ENTITIES & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals state:  Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals have no parent corporation.  No publicly traded corporation owns 10 percent or more of Kaiser Foundation Health Plan, Inc.'s or Kaiser Foundation Hospitals' stock.

Dated:  July 23, 2019                CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiffs*
Kaiser Foundation Health Plan, Inc. and
Kaiser Foundation Hospitals

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

KAISER FDN. HEALTH PLAN, INC. AND KAISER FDN. HOSPITALS' CERT. OF INTERESTED ENTITIES & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS