1 Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
2 Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
3 John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
4 Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
5 CROWELL & MORING LLP
  3 Park Plaza, 20th Floor
6 Irvine, CA  92614-8505
  Telephone: (949) 263-8400
7 Facsimile:  (949) 263-8414

8 Attorneys for Plaintiff
  Mananto Enterprises LLC
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 Accor Management US Inc., et al.,        Case No. 3:19-CV-04188-JCS

14                Plaintiffs,               **PLAINTIFF MANANTO ENTERPRISES
                                            LLC'S CERTIFICATION OF
15        v.                                INTERESTED ENTITIES OR PERSONS
                                            (L.R. 3-15) AND CORPORATE
16 Visa Inc., et al.,                       DISCLOSURE STATEMENT**

17                Defendants.               Hon. Joseph C. Spero

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MANANTO ENTERPRISES LLC'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Mananto Holding LLP, as the parent company of Mananto Enterprises LLC.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Mananto Enterprises LLC states:  Mananto Enterprises LLC is a subsidiary of Mananto Holding LLC.  No publicly traded corporation owns 10 percent or more of Mananto Holding's stock.

Dated:  July 23, 2019			CROWELL & MORING LLP


					By: */s/ Daniel A. Sasse*

						Daniel A. Sasse
						Deborah E. Arbabi
						John S. Gibson
						Jordan L. Ludwig

						*Attorneys for Plaintiff*
						Mananto Enterprises LLC