Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiffs
National General Holdings Corp. and
National General Management Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al.,<br><br>                          Plaintiffs,<br><br>          v.<br><br>Visa Inc., et al.,<br><br>                          Defendants. | Case No. 3:19-CV-04188-JCS<br><br>**PLAINTIFFS NATIONAL GENERAL HOLDINGS CORP. AND NATIONAL GENERAL MANAGEMENT CORP.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NATIONAL GEN. HOLDINGS CORP. AND NATIONAL GEN.
MANAGEMENT CORP.'S CERT. OF INTERESTED ENTITIES
& CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs National General Holdings Corp. and National General Management Corp. state:  National General Management Corp. is a wholly owned subsidiary of National General Holdings Corp.  National General Holdings Corp. has no parent corporation.  No publicly traded corporation owns 10 percent or more of National General Holdings Corp.'s stock.

Dated: July 23, 2019                    CROWELL & MORING LLP

                                        By: */s/ Daniel A. Sasse*

                                            Daniel A. Sasse
                                            Deborah E. Arbabi
                                            John S. Gibson
                                            Jordan L. Ludwig

                                            *Attorneys for Plaintiffs*
                                            National General Holdings Corp. and
                                            National General Management Corp.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

NATIONAL GEN. HOLDINGS CORP. AND NATIONAL GEN. MANAGEMENT CORP.'S CERT. OF INTERESTED ENTITIES & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS