Daniel A. Sasse (State Bar No. 236234)
dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiffs
Sage Investment Holdings, L.L.C. and
Sage Hospitality Resources LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Visa Inc., et al.,<br><br>            Defendants. | Case No. 3:19-CV-04188-JCS<br><br>**PLAINTIFFS SAGE INVESTMENT HOLDINGS, L.L.C. AND SAGE HOSPITALITY RESOURCES LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

SAGE INVEST. HOLDINGS, L.L.C. AND SAGE HOSP. RES. LLC'S
CERT. OF INTERESTED ENTITIES & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Sage Investment Holdings, L.L.C. and MHV Holdings, LLC, as the members of Sage Enterprise Holdings, LLC.  The following entities, which own hotels managed by Sage:

Golden Bears Lessee LLC

CWI Nashville Hotel LLC

XHR Boston Commonwealth TRS LLC

Oxford 2005 Holdings LLC

ZBH, LLC

Union Station Company, LLC

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Sage Investment Holdings, L.L.C. and Sage Hospitality Resources LLC state:  Sage Hospitality Resources LLC is a wholly owned subsidiary of Sage Enterprise Holdings, L.L.C.  No publicly traded corporation owns 10 percent or more of Sage Investment Holdings, L.L.C. or Sage Hospitality Resources LLC.

Dated:  July 24, 2019             CROWELL & MORING LLP

                                  By: */s/ Daniel A. Sasse*

                                  Daniel A. Sasse
                                  Deborah E. Arbabi
                                  John S. Gibson
                                  Jordan L. Ludwig

                                  *Attorneys for Plaintiffs*
                                  Sage Investment Holdings, L.L.C. and
                                  Sage Hospitality Resources LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

SAGE INVEST. HOLDINGS, L.L.C. AND SAGE HOSP. RES. LLC'S CERT. OF INTERESTED ENTITIES & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS