1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Enterprise Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Visa Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 3:19-CV-04188-JCS<br><br>**PLAINTIFF ENTERPRISE HOLDINGS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ENTERPRISE HOLDINGS, INC.'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The Crawford Group, Inc. as the parent company of Enterprise Holdings, Inc.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Enterprise Holdings, Inc. states that it is wholly owned by the Crawford Group, Inc., a privately held corporation. No publicly held corporation owns more than 10 percent of the Crawford Group, Inc.'s stock.

Dated: July 24, 2019					CROWELL & MORING LLP


						By: */s/ Daniel A. Sasse*

						Daniel A. Sasse
						Deborah E. Arbabi
						John S. Gibson
						Jordan L. Ludwig

						*Attorneys for Plaintiff*
						Enterprise Holdings, Inc.