1  Daniel A. Sasse (State Bar No. 236234)
    dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
    darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
    jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
    jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Sephora USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | **PLAINTIFF SEPHORA USA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  LVMH Moet Hennessy Louis Vuitton SE, as the parent company of Sephora USA, Inc.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Sephora USA, Inc. states: Sephora USA, Inc. is a wholly owned subsidiary of publicly held corporation LVMH Moet Hennessy Louis Vuitton SE.  No publicly traded corporation owns 10 percent or more of LVMH Moet Hennessy Louis Vuitton SE's stock.

Dated:  July 24, 2019              CROWELL & MORING LLP

                         By: */s/ Daniel A. Sasse*

                             Daniel A. Sasse
                             Deborah E. Arbabi
                             John S. Gibson
                             Jordan L. Ludwig

                             *Attorneys for Plaintiff*
                             Sephora USA, Inc.