Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
Auro Hotels Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al.,<br><br>     Plaintiffs,<br><br> v.<br><br>Visa Inc., et al.,<br><br>     Defendants. | Case No. 3:19-CV-04188-JCS<br><br>**PLAINTIFF AURO HOTELS MANAGEMENT, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

AURO HOTELS MANAGEMENT, LLC'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Auro Hotels Management, LLC states: Auro Hotels Management, LLC has no parent corporation. No publicly traded corporation owns 10 percent or more of Auro Hotels, LLC's stock.

Dated: July 24, 2019        CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
Auro Hotels Management, LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

AURO HOTELS MANAGEMENT, LLC'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS