1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Joshi Hotel Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
|---|---|
| Plaintiffs, | **PLAINTIFF JOSHI HOTEL GROUP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Joshi Hotel Group, LLC states: Joshi Hotel Group, LLC has no parent corporation. No publicly traded corporation owns 10 percent or more of Joshi Hotel Group, LLC's stock.

Dated: July 24, 2019                    CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

    Daniel A. Sasse
    Deborah E. Arbabi
    John S. Gibson
    Jordan L. Ludwig

    *Attorneys for Plaintiff*
    Joshi Hotel Group, LLC