1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Concord Hospitality Enterprises Company, LLC
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
|---|---|
|  Plaintiffs, | **PLAINTIFF CONCORD HOSPITALITY ENTERPRISES COMPANY, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
|  Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CONCORD HOSPITALITY ENTERPRISES CO., LLC'S
CERT. OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CHECO Holdings, LLC, as the parent company of Concord Hospitality Enterprises Company, LLC;

The following entities, which own properties managed by Concord Hospitality Enterprises Company, LLC:

BL 219 Partners LP

Citymarket Hotel Development LLC

Concord CS Chandler LLC

CS Hotel 30W46th LLC

Durham Hotel Partners, LLC

Nautical Hospitality, LLC

Scottsdale HIX, LLC

Spring Hills Tenafly, LLC

We-Care Trading Co., LTD

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Concord Hospitality Enterprises Company, LLC herby states that it is a wholly-owned subsidiary of CHECO Holdings, LLC. Publicly traded corporation Alleghany Corporation indirectly owns 10 percent or more of CHECO Holdings, LLC.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

CONCORD HOSPITALITY ENTERPRISES CO., LLC'S
CERT. OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

Dated:  July 25, 2019

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
Concord Hospitality Enterprises Company, LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

CONCORD HOSPITALITY ENTERPRISES CO., LLC'S
CERT. OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS