1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Crestline Hotels & Resorts, LLC
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  Accor Management US Inc., et al.,         Case No. 3:19-CV-04188-JCS

14               Plaintiffs,                   **PLAINTIFF CRESTLINE HOTELS &
                                               RESORTS, LLC'S CERTIFICATION OF
15         v.                                  INTERESTED ENTITIES OR PERSONS
                                               (L.R. 3-15) AND CORPORATE
16  Visa Inc., et al.,                         DISCLOSURE STATEMENT**

17               Defendants.                   Hon. Joseph C. Spero

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CRESTLINE HOTELS & RESORTS, LLC'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Barceló Corporación Empresarial, S.A., as the ultimate parent company of Crestline Hotels & Resorts, LLC.

The following entities, which own hotels managed by Crestline:

27th Street Hotel, LLC

Aberdeen Hotels-Baseball Park, LLC

Aberdeen Hotels-Baseball Park, LLC.

ARC Hospitality Portfolio I MISC TRS, LLC

BSE/AH Blacksburg Hotel Operator, LLC

CHSP TRS Los Angeles, LLC

CHSP TRS Navy Yard, LLC

Crestline Hotel and Resorts, LLC

Crestline Hotels & Resorts, LLC

CSB Stratford, LLC

Emory University

Excel Holdings 10 LLC

Excel Holdings 3 LLC

Excel Holdings 8 LLC

Harbor East Parcel B Hotel, LLC

HFP Hotel Owner I, LLC

HFP Hotel Owner II, LLC

HIT Portfolio I 8PK Atlanta TRS, LLC

HIT Portfolio I 8PK Fayetteville TRS, LP

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

CRESTLINE HOTELS & RESORTS, LLC'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

| | |
|---|---|
| 1 | HIT Portfolio I 8PK HIL TRS, LLC |
| 2 | HIT Portfolio I 8PK MBGL 1000 TRS, LLC |
| 3 | HIT Portfolio I 8PK SAGL TRS, LP |
| 4 | HIT Portfolio I DEKS TRS, LLC |
| 5 | HIT Portfolio I HIL TRS, LLC |
| 6 | HIT Portfolio I MCK TRS, LLC |
| 7 | HIT Portfolio I MISC TRS, LLC |
| 8 | HIT Portfolio I MISC TRS, LLC |
| 9 | HIT Portfolio I NTC HIL TRS, LP |
| 10 | HIT Portfolio I NTC TRS, LP |
| 11 | HIT Portfolio I NTC TRS, LP |
| 12 | HIT Portfolio I TRS, LLC |
| 13 | HIT Portfolio II HIL TRS, LLC |
| 14 | HIT Portfolio II MISC TRS, LLC |
| 15 | HIT Portfolio II MISC TRS, LLC |
| 16 | HIT Portfolio II NTC HIL TRS, LP |
| 17 | HIT Portfolio II NTC TRS, LP |
| 18 | HIT Portfolio II NTC TRS, LP |
| 19 | HIT Portfolio II NTC TRS, LP |
| 20 | HIT Portfolio II NTC TRS, LP |
| 21 | HIT Portfolio II TRS, LLC |
| 22 | HIT SWN CRS NTC TRS, LP |
| 23 | HIT SWN INT NTC TRS, LP |
| 24 | HIT SWN TRS, LLC |
| 25 | HIT SWN TRS, LLC |
| 26 | HIT TRS Baltimore, LLC |
| 27 | HIT TRS Ga Tech, LLC |
| 28 | HIT TRS Providence, LLC |

Crowell & Moring LLP
Attorneys At Law

-3-

CRESTLINE HOTELS & RESORTS, LLC'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

1   HIT TRS Stratford, LLC

2   NCPT-Capstone DuPont TRS, LLC

3   Newport News-Oyster Point Hotel, LLC

4   Phoenix Park Hotel Operating, LLC

5   RLJ III-HS Washington DC Lessee, LLC

6   Sky Harbor Atlanta Northeast, LLC

7   Sky Harbor Norcross, LLC

8   Square 369 Hotel TRS, LLC

9   Square 369 Hotel TRS, LLC

10  Staunton Hotel, LLC

11  Sunstone East Grand Lessee, Inc.

12  Sunstone North State Lessee, Inc.

13  TCA Block 7 Hotel, L.L.C.

14

15  **CORPORATE DISCLOSURE STATEMENT**

16  Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Crestline Hotels & Resorts,

17  LLC states that it is owned 100% by Barceló Crestline Corporation, a Maryland corporation,

18  which in turn has a 100% parent (BCE-BCC, LLC, a Delaware LLC), which in turn is 100%

19  owned by Barceló Corporación Empresarial, S.A. (a Spanish sociedad anonima).  No publicly

20  traded corporation owns 10 percent or more of Barceló Corporación Empresarial, S.A. stock.

21

22

23

24

25

26

27

28

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

CRESTLINE HOTELS & RESORTS, LLC'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

Dated: July 25, 2019

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
Crestline Hotels & Resorts, LLC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-

CRESTLINE HOTELS & RESORTS, LLC'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS