1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
5  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
6  Facsimile:  (949) 263-8414

7  Attorneys for Plaintiff
   Marriott Vacations Worldwide Corporation
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | Accor Management US Inc., et al.,  | Case No. 3:19-CV-04188-JCS
13 |                    Plaintiffs,     | **PLAINTIFF MARRIOTT VACATIONS WORLDWIDE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**
14 |          v.                        |
15 | Visa Inc., et al.,                 |
16 |                    Defendants.     | Hon. Joseph C. Spero

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MARRIOTT VACATIONS WORLDWIDE CORP.'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

## **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Marriott Vacations Worldwide Corporation states:  Marriott Vacations Worldwide Corporation has no parent corporation.  No publicly traded corporation owns 10 percent or more of Marriott Vacations Worldwide Corporation.

Dated:  July 25, 2019                             CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson

*Attorneys for Plaintiff*
Marriott Vacations Worldwide Corporation

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

MARRIOTT VACATIONS WORLDWIDE CORP.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS