1  Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA 92614-8505
   Telephone: (949) 263-8400
7  Facsimile: (949) 263-8414

8  Attorneys for Plaintiff
   Loews Hotels Holding Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | **PLAINTIFF LOEWS HOTELS HOLDING CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

LOEWS HOTELS HOLDING CORPORATION'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Loews Corporation, as the parent company of Loews Hotels Holding Corporation.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Loews Hotels Holding Corporation states:  Loews Hotels Holding Corporation is a subsidiary of publicly held corporation Loews Corporation.  As of March 15, 2019, no publicly traded corporation owns 10 percent or more of Loews Corporation's stock.

Dated: July 25, 2019           CROWELL & MORING LLP

                               By: */s/ Daniel A. Sasse*

                                   Daniel A. Sasse
                                   Deborah E. Arbabi
                                   John S. Gibson
                                   Jordan L. Ludwig

                                   *Attorneys for Plaintiff*
                                   Loews Hotels Holding Corporation

-2-   LOEWS HOTELS HOLDING CORPORATION'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

CROWELL & MORING LLP
ATTORNEYS AT LAW