1   Daniel A. Sasse (State Bar No. 236234)
     dsasse@crowell.com
2   Deborah E. Arbabi (State Bar No. 167275)
     darbabi@crowell.com
3   John S. Gibson (State Bar No. 140647)
     jgibson@crowell.com
4   Jordan L. Ludwig (State Bar No. 277952)
     jludwig@crowell.com
5   CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
6   Irvine, CA  92614-8505
    Telephone: (949) 263-8400
7   Facsimile:  (949) 263-8414

8   Attorneys for Plaintiff
    Pacifica Hotel Management, LLC
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13   Accor Management US Inc., et al.,          Case No. 3:19-CV-04188-JCS

14                    Plaintiffs,              **PLAINTIFF PACIFICA HOTEL
                                               MANAGEMENT, LLC'S**
15          v.                                 **CERTIFICATION OF INTERESTED
                                               ENTITIES OR PERSONS (L.R. 3-15) AND**
16   Visa Inc., et al.,                        **CORPORATE DISCLOSURE
                                               STATEMENT**
17                    Defendants.
                                               Hon. Joseph C. Spero
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Marquis Diversified Enterprises, as the parent company of Pacifica Hotel Management, LLC.

The following entities, which own properties managed by Pacifica Hotel Management, LLC:

12 East Montecito St. Investors LP

4DS LP

813 South Flower St. Associates, LLC

ABP Hotel LLC

Carriage Inn Innvestors LP

Harbor Partners, LTD

IWF Cambria Landing, LP

IWF Carlyle LLC

IWF Citrus Tree Cambria Landing LLC

IWF Colibri, LP

IWF Fogcatcher Inn, LLC

IWF Half Moon Bay, LLC

IWF Hotel Hermosa, LP

IWF KKH, LLC

IWF Laguna Beach Hotel, LP

IWF Marina Gateway Hotel, LP

IWF MDRH LLC

IWF Pelican Cove LLC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

PACIFICA HOTEL MANAGEMENT, LLC'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

IWF Pismo Tides, LP

IWF San Simeon Pines, LP

IWF SLO Hotel, LLC

IWF Sommerset Suites LLC

Kona BREIT TRS LLC

La Jolla Cove Motel and Hotel Apartments

Marina del Rey InnVestors LP

Moonlight Partners LP

Moonstone Beach InnVestors LP

Overseas Beach Property, LLC

PIC I LP

Ponderosa Belamar LLC

RP PAC Belamar, LLC

Sanders Family 1 & M&I Jurkowitz ttee of Jurkowitz 1996 Family Trust

SCM Pismo Beach Hotel LLC

Sea Cottage InnVestors, Ltd

Seven Springs Partners

Shelter Point, LLC

Spyglass Inn, LLC

Starwalk Partners, LP

The Wayfarer

The Wayfarer DTLA

Vencie Suites LLC

Venice Breeze Suites LLC

///

///

///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

PACIFICA HOTEL MANAGEMENT, LLC'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Pacifica Hotel Management, LLC states:  Pacifica Hotel Management, LLC is a wholly owned subsidiary of privately held company, Marquis Diversified Enterprises.  No publicly traded corporation owns 10 percent or more of Marquis Diversified Enterprises' stock.

Dated:  July 26, 2019                    CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*
_____

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
Pacifica Hotel Management, LLC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

PACIFICA HOTEL MANAGEMENT, LLC'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS