| | |
|---|---|
| 1 | Daniel A. Sasse (State Bar No. 236234) |
|   | dsasse@crowell.com |
| 2 | Deborah E. Arbabi (State Bar No. 167275) |
|   | darbabi@crowell.com |
| 3 | John S. Gibson (State Bar No. 140647) |
|   | jgibson@crowell.com |
| 4 | Jordan L. Ludwig (State Bar No. 277952) |
|   | jludwig@crowell.com |
| 5 | CROWELL & MORING LLP |
|   | 3 Park Plaza, 20th Floor |
| 6 | Irvine, CA  92614-8505 |
|   | Telephone: (949) 263-8400 |
| 7 | Facsimile:  (949) 263-8414 |
| 8 | Attorneys for Plaintiff |
|   | White Lodging Services Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Accor Management US Inc., et al., | | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | | **PLAINTIFF WHITE LODGING SERVICES CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | | |
| Visa Inc., et al., | | |
| Defendants. | | Hon. Joseph C. Spero |

CROWELL & MORING LLP
ATTORNEYS AT LAW

WHITE LODGING SERVICES CORPORATION'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  The following entities, which own properties managed by White Lodging Services Corporation:

Apple Nine Hospitality Management, Inc.

Apple Nine Hospitality Texas Services III, Inc.

Apple Six Hospitality Management, Inc

Apple Ten Hospitality Management, Inc.

BRE Select Hotels Operating LLC

Clargran LLC

Dearkin Res (DE), LLC

Erie County Convention Center Authority

FW Convention, LLC

Glenpointe Associates III

IMD2 LLC

JSWD Commerce LLC

RLJ II - C Austin DT Lessee, LP

RLJ II - C Chicago Mag Mile Lessee, LLC

RLJ II - MH Denver S Lessee, LLC

RLJ II - R Austin DT Lessee, LP

RLJ II - R Merrillville Lessee, LLC

SuiteLou NE, LLC

Summit Hotel TRS 106, LLC

Summit Hotel TRS 107, LLC

Summit Hotel TRS 108, LLC

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

WHITE LODGING SERVICES CORPORATION'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

1  Summit Hotel TRS 109, LLC

2  UrbanHospitality1, LLC

3  Weglarz Hotel IV, L.L.C.

4  White Etkin Church Ranch Hotel Company I LLC

5  White Legacy Properties, LLC

6  Wilri, LLC

7  Wisconsin & Milwaukee Hotel LLC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff White Lodging Services Corporation states: White Lodging Services Corporation has no parent corporation. No publicly traded corporation owns 10 percent or more of White Lodging Services Corporation's stock.

Dated: July 26, 2019                CROWELL & MORING LLP

                                    By: */s/ Daniel A. Sasse*
                                        Daniel A. Sasse
                                        Deborah E. Arbabi
                                        John S. Gibson
                                        Jordan L. Ludwig

                                        *Attorneys for Plaintiff*
                                        White Lodging Services Corporation

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

WHITE LODGING SERVICES CORPORATION'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS