1 Daniel A. Sasse (State Bar No. 236234)
   dsasse@crowell.com
2 Deborah E. Arbabi (State Bar No. 167275)
   darbabi@crowell.com
3 John S. Gibson (State Bar No. 140647)
   jgibson@crowell.com
4 Jordan L. Ludwig (State Bar No. 277952)
   jludwig@crowell.com
5 CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6 Irvine, CA 92614-8505
   Telephone: (949) 263-8400
7 Facsimile: (949) 263-8414

8 Attorneys for Plaintiff
   BJ's Restaurants, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
| Plaintiffs, | **PLAINTIFF BJ'S RESTAURANTS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

BJ'S RESTAURANTS, INC.'S CERT. OF INTERESTED
ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff BJ's Restaurants, Inc. states: BJ's Restaurants, Inc. has no parent corporation. Publically traded corporation BlackRock Inc. owns 10 percent or more of BJ's Restaurants, Inc.'s stock.

Dated: August 5, 2019                    CROWELL & MORING LLP

                                         By: */s/ Daniel A. Sasse*

                                             Daniel A. Sasse
                                             Deborah E. Arbabi
                                             John S. Gibson
                                             Jordan L. Ludwig

                                             *Attorneys for Plaintiff*
                                             BJ's Restaurants, Inc.