1  Daniel A. Sasse (State Bar No. 236234)
    dsasse@crowell.com
2  Deborah E. Arbabi (State Bar No. 167275)
    darbabi@crowell.com
3  John S. Gibson (State Bar No. 140647)
    jgibson@crowell.com
4  Jordan L. Ludwig (State Bar No. 277952)
    jludwig@crowell.com
5  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: (949) 263-8400
7  Facsimile:  (949) 263-8414

8  Attorneys for Plaintiff
   Mountain Standard Group, LLC
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | Accor Management US Inc., et al., | Case No. 5:19-CV-04188-BLF |
|---|---|---|
| 14 | Plaintiffs, | **PLAINTIFF MOUNTAIN STANDARD GROUP, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| 15 | v. | |
| 16 | Visa Inc., et al., | |
| 17 | Defendants. | Hon. Beth Labson Freeman |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

MOUNTAIN STANDARD GROUP, LLC'S CERT. OF
INTERESTED ENTITIES & CORP. DISCLOSURE STMT.;
CASE NO. 5:19-CV-04188-BLF

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The following entities, which own properties managed by Mountain Standard Group, LLC:

CCC's Armstrong, LLC

CCC's PBI, LLC

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Mountain Standard Group, LLC states:  Plaintiff Mountain Standard Group, LLC has no parent corporation.  No publicly traded corporation owns 10 percent or more of Plaintiff Mountain Standard Group, LLC's stock.

Dated:  August 6, 2019             CROWELL & MORING LLP


                                   By: */s/ Daniel A. Sasse*

                                       Daniel A. Sasse
                                       Deborah E. Arbabi
                                       John S. Gibson
                                       Jordan L. Ludwig

                                       *Attorneys for Plaintiff*
                                       Mountain Standard Group, LLC