Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
Hyatt Hotels Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 5:19-CV-04188-BLF |
| Plaintiffs, | **PLAINTIFF HYATT HOTELS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Beth Labson Freeman |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

HYATT HOTELS CORPORATION'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 5:19-CV-04188-BLF

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The individuals or entities listed in Exhibit A, which are owners or franchisees of Hyatt-branded properties.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hyatt Hotels Corporation hereby discloses that it is a publicly held company that trades under the symbol "H" on the New York Stock Exchange. No publicly held company owns more than 10 percent of Hyatt Hotels Corporation's stock.

Dated: August 8, 2019            CROWELL & MORING LLP

                                 By: */s/ Daniel A. Sasse*

                                 Daniel A. Sasse
                                 Deborah E. Arbabi
                                 John S. Gibson
                                 Jordan L. Ludwig

                                 *Attorneys for Plaintiff*
                                 Hyatt Hotels Corporation

# EXHIBIT A

Exhibit A to Hyatt Hotels Corporation
Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
| --- |
| 1200 LOUISIANA TENANT LLC |
| 125 EMS Hotel, LLC |
| 1300 NICOLLET LLC |
| 48123 CA INVESTORS LLC |
| 5 BEEKMAN MASTER TENANT LLC |
| A&M Hotels |
| AB FBB LOYOLA OPCO HOLDINGS LLC |
| ABFH VENTURE LLC |
| Advance Management & Investment |
| AG-P Atlanta Perimeter Owner, LLC |
| Aimbridge Hospitality, LLC |
| Aimbridge Hospitality, LP |
| AIRPORT PLAZA ASSOCIATES CO KINGDON GOU |
| Alm Arlington, LLC |
| Amalgamated Bank |
| America Resort Management |
| ARCADE LLC |
| ARCH HOTEL PROJECT OWNER LLC |
| ASHFORD TRS BC LLC |
| ASHFORD TRS SAPPHIRE LLC |
| Atira Hospitality, LLC |
| Auro Hotels |
| AVATAR HOTEL |
| Avista |
| AVR Realty Company |
| B&T Hospitality Management, LLC |
| BACK BAY ASSOCIATES LLC |
| Beacon IMG, INC. |
| BELLEVUE ASSOCIATES LP |
| Bijal Hospitality |
| BPR Management |
| BRCP HEF HOTEL TENANT LLC |
| BRE JAPANTOWN HOLDCO LLC |
| BRE WAIKIKI RESORT HOLDINGS LLC |
| BREAMERISUITES PROPERTIES LLC |
| Bridge Hotel Group |
| BRIDGEVIEW HOTEL LLC |
| Brighton Management |
| BW CW HOSPITALITY LLC |
| BW HOSPITALITY LLC |
| CAA HOTEL OWNER LLC |
| California Coastal Resorts, LLC |
| CALIFORNIA PRESIDIO LLC |
| Cambridge Landmark |
| Capital Hospitality Management Company, LLC |

1

# Exhibit A to Hyatt Hotels Corporation
# Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| CAPITOL REGENCY LLC |
| Carey Watermark Investors |
| Carlyle |
| Carlyle Group |
| CARMEL VALLEY RANCH |
| CCHH ATLANTA LLC DBA GRAND HYATT ATLA |
| CCHH BURLINGAME LLC |
| CCHH CAMBRIDGE LLC |
| CCHH GHDC LLC |
| CCHH HOST CAPITOL HILL |
| CCHH MAUI LLC |
| CCHH RESTON LLC |
| CENTRAL PARKING SYSTEM OF TEXAS INC |
| Chesapeake Lodging Trust |
| CHSP TRS LLC |
| CITY AND COUNTY OF SAN FRANCISCO |
| CMC Hotels |
| CNA Hotel Group |
| Columbia Sussex |
| Columbus Hospitality Management |
| Commonwealth |
| Commonwealth Hotels, Inc |
| Commonweath Hotels, Inc |
| Concord Aztec Brickell, LLC |
| Concord Hospitality |
| Concord Hospitality Enterprises Company |
| Corner Clean Hospitality, LLC |
| Corporex Colorado, LLC |
| COUNTRY LEASING LIMITED PARTNERSHIP |
| Crescent Hotels & Resorts |
| Crestline Hotels & Resorts, LLC |
| CSM Lodging Services Incorporated |
| CVR HSGE LLC |
| DALLAS FORT WORTH INTERNATIONAL BOARD |
| DALLASFORT WORTH INTERNATIONAL AIRPORT |
| Dellisart LLC |
| DENVER CONVENTION CENTER HOTEL AUTHORITY |
| DESTINATION RESIDENCES HAWAII LLC |
| Dominion Hospitality |
| Drury Hotels |
| DUNEDINAPOLI SFHR LLC |
| EAST BELLEVUE OWNER LLC |
| Elite Hotel Management |
| Emerald Hospitality |
| ERIEVIEW THIRD CORPORATION HYATT |

2

**Exhibit A to Hyatt Hotels Corporation**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| ESCALA PARK CITY SERVICES LLC |
| Evolution Hospitality, LLC |
| FIFTH ROC JERSEY ASSOCIATES |
| FIRST AND STEWART HOTEL OWNER LLC |
| First Hospitality Group, LLC |
| First SHP, LLC |
| Fusion Hospitality |
| FWREF Monterey, LLC |
| GAINEY DRIVE ASSOCIATES |
| Garden State Hospitality Group, LLC |
| GC LA JOLLA HOTEL OPCO LLC |
| GCP Bridgewater Management LLC |
| Gem Management |
| GEM VI RA LLC |
| Geolo Capital |
| GF Hotels Management |
| GRAND CHAMPIONS LLC |
| GRAND HYATT SF LLC |
| GREATER ORLANDO AVIATION AUTHORITY |
| Green Frog Corp |
| GREENWICH HOTEL LIMITED PARTNERSHIP |
| GULCH HOTEL OWNER LLC |
| Gulph Creek Hotels |
| HARBORSIDE HOTEL LLC |
| Harrell |
| HE GRAND CYPRESS LLC |
| HE NEWPORT LLC |
| HE PHOENIX LLC |
| HEDREEN HOTEL LLC |
| HEDREEN HOTEL TWO LLC |
| Hegg Companies Operator |
| HEI Hotels & Resorts |
| Heritage Hotels & Resorts |
| Hersha |
| Hersha Hospitality Management |
| HH NASHVILLE JV HOLDINGS LLC |
| HHC TRS SAVANNAH LLC |
| HHC TS TRS LIMITED |
| HISTORIC INNS OF NEW YORK LLC |
| Horizaon-Hotel Group LLC |
| Hospitality Management Services |
| Hospitality Specialists |
| Hospitality Ventures Management - HY Richardson, LLC |
| HOTEL AT SOUTHPORT LLC |
| HOTEL AVANTE |

3

# Exhibit A to Hyatt Hotels Corporation
# Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
| --- |
| Hotel Equities |
| HOTEL INVESTMENTS LP |
| HOTEL KABUKI |
| Howard Hospitality |
| HRI Lodging, Inc. *(Urban Magazine Street Hotel, LLC, a joint venture of HRI Lodging, LLC & Rockbridge Capital)* |
| HST AH MAUI LLC |
| HST GH SAN FRANCISCO LLC |
| HST HRCP LLC |
| HST SAN DIEGO HH LP |
| HTL Hospitality Advisors |
| HT-MIAMI BEACH LLC |
| HT-SEATTLE HOLDINGS LLC |
| HYATT CORP AS AGENT OF HE SAN ANTONIO |
| HYATT CORPORATE |
| HYATT CORPORATION |
| HYATT CORPORATION AAF MCDONALD CORP |
| HYATT CORPORATION AS AGENT OF KATO KAGAK |
| HYATT CORPORATION AS AGENT OF REVITE URB |
| HYATT EQUITIES LLC |
| HYATT HOUSE NASHVILLE WE |
| HYATT PARTNERSHIP INTERESTS LLC |
| HYATT REGENCY LA JOLLA |
| HYATT REGENCY LONG BEACH LLC |
| HYATT REGENCY NEW ORLNS |
| HYATT SHARED SERVICE CENTER |
| HYATT SHARED SERVICE CENTER LLC |
| IA LODGING KEY WEST TRS LLC |
| IA LODGING NAPA FIRST TRS LLC |
| IA LODGING SAN DIEGO TRS LLC |
| IA LODGING SANTA CLARA TRS LLC |
| IA LODGING SAVANNAH BARNARD TTRS LLC |
| INDIAN WELLS LLC |
| InGroup Hospitality |
| InnGroup Hospitality |
| Innisfree Hotels, Inc. |
| Innsight Hotel Management Group |
| InnVentures IVI LP |
| InterMountain |
| Interstate Management |
| Interstate Management |
| INVESTEL HARBOR RESORTS LLC |
| Island Hospitality Management |
| Island Hospitality Management II, LLC |
| JACK LONDON SQUARE ASSOCIATES LLC |
| Janko Hospitality |

4

## Exhibit A to Hyatt Hotels Corporation
## Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| JCB Management Company, LLC |
| JPD OAK BROOK HOLDINGS LLC |
| KAWAILOA DEVELOPMENT LLP |
| KEMPER HOLDINGS LLC |
| KHP |
| Kokua Hospitality, LLC |
| Kolter |
| Kusum, Inc. |
| KWB, LLC |
| Landmark Hotel Group |
| LASALLE HOTEL PROPERTIES |
| LAUREL INN |
| LBA Hospitality Inc. |
| Legacy Hospitality, INC |
| Linchris Hotel, Corp. |
| Lodgco Hospitality |
| LodgeWorks |
| Lodging America |
| Luxor Capital Group*/AC Ocean Walk, LLC |
| M & E Hospitality |
| MacFarlane Partners |
| Magna |
| Magna Hospitality |
| Majestic Realty Co. |
| Manga Hospitality Group |
| MAPS HAWAII TWO LLC |
| Marshall Hotels & Resorts, Inc |
| MARYLAND ECON DEV CORP |
| MB Real Estate |
| MCDONALDS CORPORATION |
| McGough Development |
| McKibbon Hotel Group, Inc. |
| MCSW JA8 HOSPITALITY LLC |
| Meadows Hotel Management Corporation |
| Meridian Group |
| METROPOLITAN PIER AND EXPOSITION AUTHORI |
| Meyer Jabara Hotels |
| MH HOUSE IRVINE LLC |
| MIRAVAL RESORT ARIZONA OPERATION CO INC |
| ML Peachtree Group, Inc. |
| ML SAN JOSE HOLDINGS |
| Moe Hospitality, LLC |
| Moody National Hospitality Management, LLC |
| MOUNTAIN VIEW HOLDINGS LP |
| MRG CRW INVESTMENTS LLC |

5

**Exhibit A to Hyatt Hotels Corporation**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| MVW |
| Naman Management, LLC |
| National Hospitality Services |
| Newbury Hospitality Management |
| Newcrest Image |
| NewcrestImage Management, LLC |
| Newport Hospitality Group, Inc. |
| Newport Hotel Holdings, LLC |
| NF II SUGAR LAND OP CO LLC |
| Northern Plains Management, |
| Northwest x Southern Hospitality LLC |
| NYC SERENADE LESSEE LLC |
| Oldham Goodwin |
| Oliver Companies, Inc. |
| Olympia Chicago, LLC |
| Omega Hotel Group, LLC |
| ORLANDO OPCO INC |
| OTO Development |
| P&P Hospitality Company |
| Packard Hospitality Management, LLC |
| Paramount Management Associates, LLC |
| PARK HYATT WATER TOWER ASSOCIATES LLC |
| PARKER 57 JOINT VENTURE |
| PARKER57 JOINT VENTURE LLC |
| Parks Hospitality Group |
| PCH BEACH RESORT LLC |
| Peachtree Hospitality Management, LLC |
| PH NEW YORK LLC |
| Phoenix American Hospitality |
| Phoenix Development Partners |
| Pinnacle Hotels USA, Inc. |
| POYDRAS PROPERTIES HOTEL HOLDINGS CO L |
| Prestige Hospitality, LLC |
| Pride Management, INC. |
| Prism Hotels & Resorts |
| PRO HOSPITALITY BALTIMORE |
| Prominence Hospitality Group |
| Prospera Hotels inc. |
| Pyramid Charleston Management LLC |
| Quorum Hotels |
| Raines Hospitality, Inc. |
| RBD Hotel Palm Springs LLC *(Rockbridge)* |
| Real Hospitality Group |
| REGENT BN CHARLESTON HOLDINGS LLC |
| REUNION HOTEL LP |

**Exhibit A to Hyatt Hotels Corporation**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| RevPar Management |
| RGB Hospitality |
| RHW Management, Inc. |
| RIVERPLACE HOTEL INVESTORS LLC |
| RLJ LODGING TRUST MASTER TRS INC |
| Robert Finvarb & Companies |
| Roche Capital |
| Rockbridge |
| Rocket Hotels |
| Rolling Hills Hospitality, LLC |
| ROUTE 46 MANAGEMENT ASSOCIATES CORP |
| Ruffin Co. |
| Safari Hospitality Inc. |
| Sage Client 220, LLC |
| Sage Hospitality |
| SAN ANTONIO RESORT LIMIT |
| SAN ANTONIO RESORT LIMITED PARTNERS LP |
| SAN ANTONIO RSRT LTD PARTNERSHYATT CORP |
| SAN JOSE HOTEL PARTNERS LLC |
| SANTA ANA HOSPITALITY CORPORATION |
| Sarasota Hotel Acquisition Group, LLC |
| Schulte Hospitality Group, Inc. |
| Schulte Hospitality Group, Inc.,Dellisart LLC |
| SCI Real Estate, Inc. |
| Sequoia Hospitality, LLC |
| Sethi Management Inc |
| Shamin Hotels |
| Silverpeak |
| SKYLINE AVATAR HOUSE LP |
| SOHO Arlington TRS, LLC |
| Southern Hospitality Group |
| Southern States Management Company |
| Southwest Value Partners |
| Spottswood Companies, Inc. |
| Stonebridge |
| Stonebridge Realty Advisors, Inc. |
| Suburban Capital, Inc. |
| Summit Hospitality Group, Ltd |
| SUMMIT HOTEL TRS 007 LLC |
| SUMMIT HOTEL TRS 008 LLC |
| SUMMIT HOTEL TRS 013 LLC |
| SUMMIT HOTEL TRS 014 LLC |
| SUMMIT HOTEL TRS 024 LLC |
| SUMMIT HOTEL TRS 026 LLC |
| SUMMIT HOTEL TRS 027 LLC |

**Exhibit A to Hyatt Hotels Corporation**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| SUMMIT HOTEL TRS 034 LLC |
| SUMMIT HOTEL TRS 048 LLC |
| SUMMIT HOTEL TRS 051 LLC |
| SUMMIT HOTEL TRS 057 LLC |
| SUMMIT HOTEL TRS 098 LLC |
| SUMMIT HOTEL TRS INC |
| SUNNYVALE HOLDINGS LP |
| Sunstone Hotel Investors, Inc. |
| SUNSTONE HOTEL PARTNERSHIP LLC |
| SWVP Westlake, LLC |
| TAK REALTY NY INC |
| TANTALLON AUSTIN LLC |
| Tara Hospitality |
| Thayer Lodging |
| The Hamister Group |
| The Olympia Companies |
| TKO Hospitality |
| TMI Hospitality |
| TPF HOTEL TRS LLC |
| TPG Lexington, LLC |
| Trinity Hospitality, LLC |
| True North Hotel Group |
| Tulsa Hotel Partners, LLC |
| TYSONS CORNER PROPERTY LLC |
| Urban Nashville Robertson Tenant, LLC  *(joint venuture with HRI)* |
| Vail Resorts |
| VH Lisle, LLC |
| VIISCH HOUSTON HOTEL LP |
| VIM, Mountainshore Properties |
| WAILEA HOTEL AND BEACH RESORT LLC |
| WALL & WATER ASSOCIATES |
| Walton St. Capital |
| WAYPOINT NOLA LLC |
| WEST GENESEE HOTEL ASSOCIATES |
| Westmont |
| Wheel Lock Street Capital |
| WHG BOA Uncasville Management LLC |
| WHG Waltham Suites Management, LLC |
| WHG Windsor Management LLC |
| WHI - Winegardner & Hammons, Inc |
| WhiteLodging Services Corporation |
| Whitestone Hospitality Management llc |
| WILD DUNES JV LLC |
| WILD PALMS HOTEL |
| W-JMA HOLDINGS JV VII LLC |

8

**Exhibit A to Hyatt Hotels Corporation**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Woodfield Hospitality |
| WTC OAHU INVESTOR LLC |
| WTCC BEAVER CREEK INVESTORS V LLC |
| XHR HOLDING INC |