Daniel A. Sasse (State Bar No. 236234)
    dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
    darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
    jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
    jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
Marriott International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 5:19-CV-04188-BLF |
| Plaintiffs, | **PLAINTIFF MARRIOTT INTERNATIONAL, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| Visa Inc., et al., | |
| Defendants. | Hon. Beth Labson Freeman |

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

3  associations of persons, firms, partnerships, corporations (including parent corporations) or other

4  entities (i) have a financial interest in the subject matter in controversy or in a party to the

5  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

6  substantially affected by the outcome of this proceeding:  The individuals or entities listed in

7  Exhibit A, which are owners or franchisees of Marriott-branded properties.

8

9

## CORPORATE DISCLOSURE STATEMENT

10    Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Marriott International, Inc.

11  states:  Marriott International, Inc. has no parent corporation.  No publicly traded corporation

12  owns 10 percent or more of Marriott International, Inc.'s stock.

13

14  Dated:  August 9, 2019              CROWELL & MORING LLP

15

16                      By:  */s/ Daniel A. Sasse* _____

17                          Daniel A. Sasse
                            Deborah E. Arbabi
18                          John S. Gibson
                            Jordan L. Ludwig
19
                            *Attorneys for Plaintiff*
20                          Marriott International, Inc.

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

MARRIOTT INTERNATIONAL, INC.'S CERT. OF
INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 5:19-CV-04188-BLF

# EXHIBIT A

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| 1134 N. Sycamore Partners, L.P. |
| 15th & L Investors, LLC |
| 25th Street Development of Ocean City, LLC |
| 2700 North Ocean LLC |
| 281 Lodging Group LLC |
| 360 Degree Hotel Group, Ltd. |
| 360 Hospitality Group (FL) |
| 3H Group, Inc. |
| 3S Hospitality LLC |
| 4G Ventures |
| 4Star Investments |
| 5 North Fifth Hotel, LLC |
| 721 Mariposa |
| 7220 NW 36th Street Investments |
| A and A Construction and Development, Inc. |
| A. Altman Company |
| A.J.P.J. II LLC |
| A.S.M. Investments |
| A-1 Hospitality Hotels |
| A4 Hospitality Inc. |
| AAA Hotel Developers, Inc. |
| AAM 15 Management |
| Aanika Hotels, LLC |
| Aatish Hospitality |
| AAUMI Realty |
| Abu Dhabi Investment Authority (ADIA) |
| ACQUEST Realty Advisors |
| AD1 Management Inc. |
| Adams Hotels |
| Advance Management and Investment, LLC |
| Affirmed Corporation |
| AG Holdings |
| AGC Partners, L.P. |
| AGS Private Equity |
| AHM - American Hospitality Management, Inc. |
| AIG Global Real Estate |
| Aikens Group |
| Airport Boulevard Realty, LLC |
| AJU Hotels & Resorts |
| AL Qamra Holding Group |
| Alexandria Hotel Group, LLC |
| Alko Hotels |
| Allcity Hospitality |
| Alliance Development Group |
| Alliance Hotel Investors II, Ltd. |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Alliance Investments |
| Alliance Riverside Hospitality |
| AllianceBernstein L.P. |
| Allied Hosts LLC |
| Allstates, LLC |
| Allyson Group, Inc. |
| Alterra International |
| Altitude Capital Management, LLC |
| Altoona CC Operations |
| Ambelal Hotels Group |
| Americal, Inc. |
| American Fidelity Life Insurance Co. |
| American Hotel Income Properties REIT |
| American Life, Inc. |
| Amerilodge Group LLC |
| Amsterdam Hospitality Group |
| Amway Hotel Corporation |
| Anant Operations Inc. |
| Andrus Enterprises |
| Angeliades Family Trust |
| Anschutz Entertainment Group |
| Apexx Management Group |
| Apollo Global Management |
| Apple Hospitality |
| Apple Leisure Group |
| Arapahoe Development, LLC |
| Arbor Lodging Partners |
| ARC Innovations |
| ARC Property Investment |
| Archgrove Hospitality, Inc. |
| Arden Group, Inc. (The) |
| Ares Management LLC |
| Areya Management, LLC |
| Argent Group |
| Armada Hoffler Development Co. |
| Artemis Hotel Group |
| ArtHouse Hospitality |
| Ascent Hospitality, Inc. |
| Ascott Residential Trust |
| Ashford Hospitality Trust |
| Ashkenazy Acquisition Corporation |
| Aspromonte Hospitality |
| Asset Property Group |
| Associated Hospitality Services, Inc. |
| Aston Management Company |

## Exhibit A to Marriott International, Inc.
## Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| Atlantic Hotels Group, Inc. |
| Auburn Hospitality, Inc. |
| AUM Enterprises, Inc. |
| AVA Development |
| Avalon Hotel Group, LLC |
| Avana Capital |
| Avatar Hotel Group |
| Avenue Capital Group |
| Avista Properties, Inc. |
| AVR Realty Company |
| AWH Partners |
| Azalea Development Corporation |
| AZT Corporation |
| B B and K Development Corporation |
| B&T Hospitality Management |
| Baldwin & Sons, LLC |
| Ballard Management, Inc. |
| Baltimore Harbor Center LTD. Partnership |
| Bank of America |
| Banyan Investment Group |
| Baronald Corp., Ltd. |
| Barrington Hospitality Group |
| Bartell Hotels |
| Basin Street Hospitality |
| Baymeadows Lodging / Development |
| Baywood Hotels, Inc. |
| BBL Hospitality |
| BC Lynd Hospitality |
| BDG Hotels |
| BDK Associates, LLC |
| Bedford Lodging, LLC |
| Beechwood Hospitality |
| Bel Air Hotels |
| Benchmark Development |
| Benderson Development Co., Inc. |
| Bennett Hospitality |
| Benson's Hospitality Group |
| Bernstein Companies (The) |
| Bijal Corporation |
| Biltmore Farms |
| Bingham Family |
| Birds Hospitality, Inc. |
| Birmingham Jefferson Civic Center Authority |
| Bixby Bridge Capital |
| Bixby Bridge Capital, LLC |

3

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| BK Investments |
| Black Diamond (ADIA) |
| Black Sapphire (ADIA) |
| BlackRidge Companies |
| Blanchard and Calhoun Hospitality, LLC |
| Blenheim Capital Group LLC |
| Block 22, LLC |
| BLR Properties |
| Blue Diamond Hospitality |
| Blue Star Hospitality (TX) |
| Blue Star Hospitality, LLC |
| Blue Star Lodging |
| Blue Vista Finance |
| Blue Water Development Corp |
| BMC Investments |
| BN Management Company |
| Bohemian Companies |
| Boston Properties, Inc. |
| Boulder Hotels |
| Boylston Properties |
| Boyne USA |
| BPM & Company, Inc. |
| BPR Properties |
| BPR Properties Corporate, LLC |
| Brandt Hospitality Group |
| BRE Hotels & Resorts |
| Brefrank, Inc. |
| Briad Group (The) |
| Briarsdale Hotel Group |
| Brickhugger, LLC |
| Bridge Partners |
| Brier Properties, LLC |
| Brighton Management, LLC |
| Brooklyn Renaissance, LLC |
| Browning Enterprises, Inc. |
| Buccini/Pollin Group, Inc. (The) |
| Buffalo Lodging LLC (TX) |
| Burni Enterprises |
| Butson Hotel Investments, L.L.C. |
| BWL Investments |
| Byrd Enterprises |
| C.A. Ghidorzi, Inc. |
| C.E. Hospitality, LLC |
| Cabana Capital |
| Cajun Lodging Hotel Management |

4

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Caliber Companies |
| Cambridge Landmark |
| Camelback Inn Associates Limited Partnership |
| Canadian Niagara Hotels, Inc. |
| Canal Street Lodging, LLC |
| Candleberry Properties, L.P. |
| Canon Hospitality Management LLC |
| Capital Hotel Associates |
| Capital Management, Inc. |
| Capitol Broadcasting |
| Cappelli Enterprises, Inc. |
| Capstone Development |
| Cardel Hotels, LLC |
| Carey Watermark Investors |
| Carique Hospitality |
| Carr Hospitality/Carr City Centers |
| Casa Real Estate Limited Partnership, a Delaware Limited Partnership |
| Castillo Grand |
| Castle Hospitality Ltd. |
| Castlerock Hospitality Management |
| CBRE Global Investors |
| Cedar Tree Enterprises LLC |
| Centurion Companies |
| Century Hospitality, LLC |
| Champ Hospitality |
| Champion Hotels |
| Chandler Real Estate, Inc. |
| Charles Redwood Group |
| Charter Road Hospitality, Inc. |
| Chartres Lodging Group |
| Chartwell Hospitality |
| Chartwell Hotels |
| Chase Hospitality, LLC |
| Chase Hotel Group, LLC |
| Chateau Dearborn |
| Chatham Lodging Trust |
| CHD Investments |
| Chehalis Tribal Enterprise |
| Cherry Cove Hospitality |
| Chesapeake Lodging Trust |
| Christy & Associates, Inc. |
| Chrome Hospitality, Inc. |
| CIBMM, LLC |
| CIM Group |
| Cimarron Hospitality Management Corporation |

5

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Citrus Park Hotel, LLC |
| City Center Investment Corporation |
| City of Denver |
| City of Midwest City Oklahoma |
| City of Myrtle Beach |
| Civitas Capital Group |
| Claremont Companies |
| Clarion Partners |
| Clarus Hotels |
| Clearview Hotel Capital, LLC |
| Cleary Management Corporation |
| Clement Chen and Associates |
| Clover Hotel Group, LLC |
| Clovis Hotels, Inc. |
| CMC Corporation |
| CN Hotels, Inc. |
| Coastal Hospitality Associates |
| Coatesville Inn Associates |
| Cocoa Beach Surf Company |
| Collier Hotel Management Group, Inc. |
| Colony Capital |
| Columbia Development Companies |
| Columbia Sussex Corporation |
| Columbus Regional Airport Authority |
| Commander Properties |
| Commercial Development Co Inc. |
| Commonwealth Lodging |
| Concord Hospitality Enterprises Company |
| Condor Hospitality Trust |
| Conewago Contractors, Inc. |
| Conor Acquisitions |
| Continental Assets Management, LLC |
| Continental Properties Company Inc. |
| Conway Management, Inc. |
| Copper Hospitality Inc. |
| COR Development LLC |
| Coralville Hospitality Corporation |
| CORE Hotels |
| CoreCapital |
| Corporex - Select Service Hotels, LLC |
| Costello Construction |
| Cottonwood Properties |
| Countrywide Hospitality, LLC |
| Coury Hospitality |
| CP Management Company, Inc. |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Crawford Hoying Development |
| Creek Indian Investment Group |
| Crescent Hotels & Resorts |
| Crescent Real Estate Equity |
| Crestpoint Companies |
| CRM Companies |
| CrossHarbor Capital Partners LLC |
| Crow Holdings |
| Crown Center Redevelopment Corp. |
| Crystal Creek Capital Real Estate Advisors, LLC |
| CS Hospitality, LLC |
| CSM Corporation |
| CTW Development Corp. |
| Cumberland Hospitality, LLC |
| CWCapital Asset Management, LLC (as Special Servicer) |
| D&L Hotels Investment II |
| Dahsom Hotel Group |
| Daly Hotel Management |
| Daly Seven (The) |
| Dangayach Group |
| Danneman Hospitality LLC |
| DANSK Investment Group |
| Daon Properties |
| Darpan Management, Inc. |
| Dave Raj Brothers |
| Davidson and Jones |
| Davidson Kempner |
| Davis-McNally Lodging |
| Dearborn Investment |
| Deason Hospitality |
| Deer Crest Janna, LLC |
| Dee's Inc. |
| Deesha LLC |
| Defoor Brothers |
| Deihl Family Trust |
| Delaware North Companies |
| Delco Development |
| Dells Parkway Hotel Group, LLC |
| DelMonte Hotel Group |
| Delta Inns, Inc. |
| Denihan Capital, LLC |
| Desai & Sons, Inc. |
| Desai Hotel Group |
| Details Hotel Group |
| Development Services Group, Inc. |

7

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Devi Kzoo Holding |
| Dial Realty Corp |
| Diamond Hotels |
| Diamond Hotels, LLC |
| DiamondRock Hospitality Company |
| Diamondstar Hospitality |
| Dimension Development Company, Inc. |
| DiNapoli Capital Partners |
| Discovery Hotels LLC |
| Dixon Management Group (The) |
| Dixon Properties |
| DKN Hotels |
| DL Hotel Partners LLC |
| DLI Hotels |
| Dominion International, Inc. |
| Dominion Properties, Inc. |
| Donohoe Development Company |
| Doral Hotel Enterprises |
| Double J Development, LLC |
| Douglas Development Corporation |
| Douglas Wilson Companies (as Receiver) |
| Downtown Albion Hotel LLC |
| DPG Partners |
| DRE |
| Dream Hospitality |
| Driftwood Hospitality Management |
| Drury Southwest, Inc. |
| Duke Hospitality |
| Dunn Hospitality Ventures, LLC |
| Duprey Hospitality |
| Dynamic Group, LLC |
| Eagle Hospitality Inc |
| Easlan Capital, Inc. |
| East West Resorts |
| East West United Realty Development Group LLC |
| Eastern Motor Inns |
| Eastwood, LLC |
| Ecclestone Group |
| Economos Properties |
| Edgewater Group |
| Edwardsville Hospitality, LLC |
| EHB Properties |
| Ehrhardt Hospitality, LLC |
| Ehrhardt's Lebanon, L.L.C. |
| Eldridge Hospitality |

8

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Elevated Returns |
| Elevation Hotel Management |
| Elite Experience, Inc. |
| Elite Hospitality, Inc. |
| Elite Hotel Management |
| Ellicott Development Co |
| Elliott Management Corporation |
| Elms Hotel Partners |
| Embarc, LLC |
| Emerald Hospitality Associates, Inc. |
| Emerald Hospitality, LLC |
| Empire Hotels (MN) |
| Empire USA |
| Encore Enterprises |
| Ensemble Investments, LLC |
| Ensign Hospitality LLC |
| Environmental Community Development Co., Inc. |
| EPG & DWELL PROPER LLC |
| Epkon Hospitality |
| Erie County Convention Center Authority |
| Escape Lodging Company |
| Esperanto Developments |
| ESSEL Hospitality |
| Estein & Associates USA, Ltd. |
| Etkin Johnson Group |
| Everest Hotel Group, LLC |
| Everest Hotels Group |
| Evergreen Family, Ltd. |
| Evergreen Hospitality, Inc. |
| Everwood Hospitality Partners |
| Excel Group |
| Excel Hotel Group, Inc. |
| Exit 101 LLC |
| Extell Development Company |
| F&C Investments, LLC |
| F.D. Rich Company |
| Factory Mutual Insurance Company |
| Fairwood Capital |
| Ferber Enterprises |
| Ferchill Group |
| Ferguson Hotel Development |
| Fillmore Capital Partners |
| Fine Hospitality Group |
| Finvarb Hospitality |
| First Bristol Corporation |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| First Carolina Management |
| First Columbia |
| First Hospitality Company, LLC |
| First Hospitality Group, Inc. |
| First LeVeque, LLC |
| First Martin Corporation |
| First Street Development, LLC |
| FIT Investment Corp. |
| Five Points Hospitality, Inc. |
| Five Star Hospitality |
| Flank, Inc |
| Focus Properties, Inc. (The) |
| Ford Motor Land Development |
| Forrest Properties, Inc. |
| Forza Group (The) |
| Four Seasons Associates LLC |
| Freeman Entities |
| Frontier Development and Hospitality Group |
| Full Service Hospitality |
| Fullwel Management |
| Fundamental Advisors |
| Fusion Hospitality |
| G&G Hospitality LLC (AR) |
| G. Holdings |
| Gabbert & Beck |
| Gadde Hospitality |
| Galaxy Management |
| Galveston Hospitality |
| GAP Management, LLC |
| Garber Forbess Investment Group |
| Garfield Traub Development |
| Garrison Investment Group |
| Gatehouse Capital Corp |
| Gateway Lodges |
| Gb Companies, LLC |
| GDC Properties |
| GE Medical Technology Services |
| Gehr Hospitality |
| Geis Hospitality |
| Geller Investments |
| GEM Hospitality |
| GEM Realty Capital, Inc. |
| Gencom Group |
| General Equity, Inc. |
| General Hotels Corporation |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| General Motors, Inc. |
| Gentry Mills Capital |
| GF Management |
| GF Management (as Receiver) |
| GGDE, LLC |
| Gibson Hotel Management Inc. |
| Giri Hotel Management |
| Glacier Global Partners |
| Glacier House Hotels |
| Glenpointe Assoc. III/Alfred Sanzari Enterp. |
| Global Management & Investment |
| Globiwest Hospitality Group |
| Going Yard, LLC |
| Gold Key/PHR Hotels and Resorts |
| Goldman Sachs Group, Inc |
| Good Hospitality Services |
| Gopal Govind Enterprises |
| Gopal Investments, LLC |
| Gordon Companies |
| Gran Prix Partners, L.P. |
| Grand Pacific Resorts |
| Grant Investment |
| Granville Hospitality Group, LLC |
| Graves Development Corp. |
| Great Lakes Hospitality Group |
| Great Lakes Management Group |
| Great Palace |
| Great River Entertainment |
| Greater Atlanta Hotel, LLC |
| Green Park Management |
| Greenwood Hospitality Group |
| Grewal 2012 Hospitality Group, LLC |
| Greystone Hotels |
| Griffin Stafford LLC |
| GRM Properties |
| Grosvenor USA Limited |
| Group 10 Management |
| Grove Street Partners, LLC |
| Grupo Habita |
| Gulph Creek Development |
| Guru Hotels |
| GVL Hospitality |
| H & N Hospitality |
| H and S Properties Development Corp. |
| H and W Management Co. |

# Exhibit A to Marriott International, Inc.
# Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| H&H Hotels |
| H2H Asset Group |
| Haberhill LLC |
| Hadico Holdings |
| Hadidi Capital |
| Halifax Hospitality, LLC |
| Hallmark Hospitality and Management |
| Hallmark Investment Corporation |
| Hamister Group |
| Hampshire Hospitality Group (The) |
| Hanford Hotels |
| Hankin Group (The) |
| Hansen and Hansen |
| Hansji Corporation |
| Happy Home Hospitality |
| Harbor Hotels |
| HARBORcenter Development |
| Harborside Associates (Stephen Griswold) |
| Hari Hotels, LLC |
| Haroldson Properties |
| Hartz Mountain Industries |
| Harvard Grand, LP |
| Haven Inc. |
| Hawkeye Hotels |
| HCNA Enterprises |
| HCW Development LLC |
| Heart of America |
| Heartland Realty Investors, Inc. |
| Hegg Companies, Inc. |
| HEI Hospitality, LLC |
| Heil & Associates, Inc. |
| Helix Hospitality |
| Heritage Hospitality Management, Inc. |
| Herschend Family Entertainment Corporation |
| Hersha Hospitality Management |
| Hersha Hospitality Trust |
| HES Group & Sunview Cos |
| Hezheng Holdings Company |
| HG Management |
| HGP Corporation |
| HHC Hospitality LLC |
| Hibernia Worldwide Hotels |
| Hidrock Properties |
| High Hotels, Ltd. |
| High Street Real Estate Partners |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Highgate Holdings |
| Highpointe Hotel Corporation |
| High-Rise Hotels |
| Hill Hospitality |
| Hillsboro Hotel Development |
| Hillwood Enterprises, L.P. |
| Hines |
| HKS Holdings |
| HL Camelback Hotel |
| HLC@Metro, Inc. |
| HMB Hospitality, LLC |
| HMP Properties |
| HMRN, LLC |
| Holiday Garden S.F. Corp. |
| Holladay Properties |
| Hollander Investments |
| Holm Hotels LLC |
| Hometown Management |
| Honest Hospitality Number 2, LLC |
| Honeymoon Real Estate Limited Partnership, a Delaware Limited Partnership |
| Horizon Hospitality Management Inc. |
| Horizon Properties Group, LLC |
| Horst Realty Company LLC |
| HOS. Management, LLC |
| Hospitality Development Company, LLC |
| Hospitality Group Management, Inc. |
| Hospitality Investors Trust |
| Hospitality Management, Inc. (CA) |
| Hospitality Partners |
| Hospitality Properties Trust |
| Hospitality Properties Trust 234 |
| Hospitality Properties Trust CY-53 |
| Hospitality Solutions, Inc. |
| Hospitality Specialists, Inc. |
| Hospitality Ventures, LLC |
| Hospman LLC |
| Host Hotels & Resorts, Inc. |
| Hotel 1001 Operations, Inc. |
| Hotel Acquisitions, LLC |
| Hotel Blackhawk Operator, LLC |
| Hotel Capital, LLC |
| Hotel Development and Management Group |
| Hotel Development Partners |
| Hotel Development Services, LLC |
| Hotel Equities |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Hotel Group (The) |
| Hotel Management Services |
| Hotel Sancho Panza LLC |
| Hotel Ventures of Wilson, Inc. |
| Hotelex Group, LLC |
| Hotels Unlimited |
| Hotspur Resorts Nevada, Inc. |
| Howard Group |
| HRC Hotels, LLC |
| HRI Properties |
| HSC Hotel Holdings, LLC |
| HTH Corporation |
| Hudson Management |
| Hulsing Hotels |
| Humphrey Real Estate |
| Hunt Services Inc. |
| Huntington Hotel Group |
| Huntsville Lodging, Inc. |
| Huntsville-Madison County |
| Hutchinson Hotel, LLC |
| I & C Development |
| I Square Management LLC |
| Icon Lodging |
| Ideal Hospitality Investments |
| Image Hotels, Inc. |
| Imagine Hospitality Management, Inc. |
| Imagine Resorts and Hotels, LLC |
| Imara Holdings, Inc. |
| IMG Hotels |
| IMIC Hotels |
| Imperial 290 Hospitality Group, LLC |
| Imperial Investments Group, Inc. |
| Indian Ocean, LLC |
| InfiniPower Hospitality Group |
| Inland Private Capital |
| InLight Management |
| Inn at the Manor, Inc. |
| Inn Properties, LLC |
| Innisfree Hotels, Inc. |
| InnTrusted, LLC |
| Innzen Hospitality |
| Insignia Hospitality Group |
| Insignia Hotel Management |
| Insite Group |
| Inspire Hotels LLC |

14

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Integrated Capital, LLC |
| IntelliStay Hospitality |
| InterMountain Management, L.L.C. |
| International Hospitality Management Services |
| Interval Leisure Group |
| Intrawest |
| Intrepid Hotels |
| Investment Corporation of Dubai |
| Investra Investments |
| InVision Hotel Group LLC |
| Iowa Lodging LLC |
| Ironstate Holdings, LLC |
| Iskalo Development Corporation |
| Island Capital Group |
| J & C Canam, Inc. |
| J & M Hospitality |
| J Street Hospitality, Inc. |
| J. Won Corporation |
| J.B. Brown and Sons |
| Jackson Street Management |
| Jackson-Shaw Company |
| Jacksonville JTB, Inc. |
| Jala Corporation, Inc. |
| Jalaram Hotels, Inc. |
| JAM Hospitality (Jai Amba Maa) |
| Jamsan Hotel Management, Inc. |
| Janko Financial Group, LLC |
| Janko Group |
| Janus Hotels and Resorts, Inc. |
| Jara Enterprises, Inc. |
| JBG Companies |
| JBK Hotels |
| JDI Realty (as Lender) |
| JDK Management Company |
| JHM Hotels |
| Jignesh and Denish (TX) |
| Jiten Hotel Management, Inc. |
| JL Properties, Inc. |
| JMB Realty Corporation |
| JMF Partnership |
| JMI Realty, Inc. |
| JMK Hotels |
| JNR Management Inc. |
| Jos. L. Muscarelle, Inc. |
| Joseph R. Petersen Family Trust |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Joshi Hotel Group |
| Joy Construction |
| Joyous Management Inc. |
| J-P Properties |
| JRK Asset Management |
| JSK Development, Inc. |
| JSK Parsippany |
| Jubilee Hospitality |
| Junson Assets Management |
| Justice Companies (The) |
| JVD Enterprises |
| K and H Venture Groups, L.P. |
| K Diamond Hotels |
| K Partners Hospitality Group |
| K&K Hotel Group |
| K&P Holdings |
| K. S. Hospitality Inc |
| Kahler Hotels |
| Kaival Hotels |
| KAJ Hospitality |
| Kalamazoo Hotel Group, LLC |
| Kalthia Group Hotels |
| Kalyan Hospitality, LLC |
| Kalyanji Enterprises, Ltd |
| Kam Kee Trading |
| Kam Sang Company, Inc. |
| Kamla Hotels |
| Kana Hotels, Inc. |
| Kana Inc. |
| Kang Family Partners |
| Kansas City Downtown Hotel Group |
| Karma and Dharma Investments |
| Kasandas Properties LLC |
| Kautilya Group |
| Kayak Hotels |
| Keck Seng Group |
| Keenan Management, LLC |
| Kemper Development (LHS) |
| Kennesaw Hotel Group, LLC |
| Kenny & Kohls |
| Kent Hospitality |
| Kentucky Nickel Investments |
| KENYON NOBLE |
| Kerioth Corporation |
| Kessler Enterprise, Inc. IV |

## Exhibit A to Marriott International, Inc.
## Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| Key Hotels and Property Management |
| Key International |
| Keystone Hotel Group |
| KFK Group |
| Khalid Chaudhry Properties |
| Khangura Development, LLC |
| Khanna Enterprises |
| KHP Capital Partners |
| Killeen Lodging Group |
| Kilpatrick Investments, LLC |
| Kimball Investment |
| Kinseth Hospitality Companies |
| Kinsman Hotel Associates |
| Kismet Hospitality |
| Kite Properties, LLC |
| KMG Hotels |
| KMI Management |
| KN Hospitality LLC |
| KNB Hospitality, LLC |
| Kolter Group, LLC |
| Konover Hotel Corporation |
| Kossman Development Company |
| Koury Corporation |
| KP Trends |
| KPG Hotel Management |
| KPM Hotel Group |
| Kratsa Properties |
| Krish Investments |
| KSL Capital Partners |
| KSNY Enterprises Ltd. |
| KSS Layton Inc |
| Kushner Companies |
| KVNR Inc. |
| KW Hotel Group |
| KWB Hotel Partners |
| Kyo-Ya Company, Ltd. |
| L N Hospitality Louisville LLC |
| L.A. Koreana, Inc. |
| L.T.D. Hospitality Group |
| La Palmera Enterprise |
| LADS Hospitality Associates, LLC |
| Lafrance Hospitality Company |
| Laie Ventures, LLC |
| Lake Buena Vista Properties, LLC |
| Lake City Hotels, Inc. |

17

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Lake County Hospitality |
| Lake Nona Property Holdings, LLC |
| Lakehead Hotel Partners |
| Lam Group (The) |
| Lamont Companies, Inc. |
| LAM's Realty Corporation |
| Landmark Hospitality, LLC |
| Landmark Hotel Group |
| Landmark Properties |
| Landry's Inc. |
| Lap Groups |
| Larkin Hospitality |
| Las Brisas Hotel Group |
| LaSalle Hotel Properties |
| Latitude Management Inc. |
| Latitude Management Real Estate Investors |
| Laurel Host, Inc. |
| Laurus Corporation |
| LCP Group |
| Leader Hospitality, LP |
| LeFrak Organization, Inc. (The) |
| Legacy Stonebriar Hotel, LTD |
| Leisure Hospitality, Inc. |
| Leisure Sports |
| Lennox Capital Partners |
| Lerner Enterprises |
| Lexington Hospitality |
| Lexington Management Corporation |
| Liberty Group |
| Liberty Hotel Group |
| Liberty University |
| Lighthouse Properties, LLC |
| Lightstone Group (The) |
| Linchris |
| Lincoln Hotel Group |
| LinGate Group |
| Lingerfelt Development |
| Lionstone Hotels & Resorts |
| Liv Hospitality |
| Lixi Group |
| Liza Luv Investors |
| LL and C Pacific Company, Inc. |
| LNR Partners (as Special Servicer) |
| Local Hotel Adventures, LLC |
| Lodgco Management |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| LodgeStar Investments |
| LodgeWorks |
| Lodgic Hospitality |
| Lodging America LP |
| Lodging Development Co., Inc. |
| Lodging Dynamics Hospitality Group |
| Lodging Hospitality Management |
| Lodging Industry, Inc. |
| Lodging Opportunity Fund REIT |
| Lok Group of Companies, Inc. |
| Lombard 1 Hotel LLC |
| Lombard Public Facilities Corporation |
| London & Regional Properties |
| Long and Cox Properties, Inc. |
| Long Gate Associates as Receiver |
| Long Island Hotel, LLC |
| Los Angeles County Fair Association |
| Lot 6 Group |
| Lotus Hotels, Inc. |
| Lotus Management, Inc. |
| Lou Hotel Group |
| Lowe Enterprises Investors |
| Lowen Hospitality Management, LLC |
| LRP Hotels |
| Lucid Hospitality |
| Luckey's Management, Inc. |
| Luxe Hotel Group, LLC |
| LYT AUTTUN |
| M and M Hospitality, LLC |
| M Y Investments |
| M.A. Mortenson Company |
| MAC Properties Investments, Inc. |
| Macon Hospitality |
| Macon Hotels III, LLC |
| Madera Hotel, LLC |
| MAG Hospitality |
| Magna Hospitality Group, L.C. |
| Magnolia Hotel Group |
| Mahavir Enterprises, LLC |
| Main Street Management, LLC |
| Maine Course Hospitality Group |
| Mainsail Lodging |
| Mall Properties, Inc. |
| Management Consultants Inc. |
| Mandala Holdings |

19

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Mandalay Hospitality Group |
| Manga Hotels |
| Manhattan Hotel Group Co., Ltd. |
| Marina Inn, Inc |
| Mark Greenwood |
| Marriott International, Inc. |
| Marriott Ownership Resorts Inc. |
| Marwaha Group |
| Massachusetts Mutual Insurance Co. |
| Mast Capital |
| Masters Management, LLC |
| Maverick Group |
| Max's Partnership |
| Mayfair Hospitality |
| Mayson Hospitality |
| MCCK Detroit c/o RevMax Investment |
| McCombs Family Partners |
| McEntire Hotels, LLC |
| McKibbon Hotel Management, Inc. |
| McNeill Holdings |
| McPeake Hotels Inc. |
| MCR Investors |
| MCS Family of Companies |
| McSam Hotel Group, LLC |
| McSleep Partners, LLC |
| McWhinney/SMPT3 |
| MDM Hotel Group, Ltd. |
| Med-City Hospitality Group |
| Meelan Hospitality, LLC |
| Mehta Hospitality |
| Merani Holdings |
| Mercantile LLC |
| Merced Partners III, L.P. |
| Merit Hotel Group |
| MetLife Real Estate |
| Metro National Investment Corp. |
| Metropolitan Pier and Exposition Authority |
| Meyer Jabara Hotels |
| MHG Hotels |
| MIA Properties |
| Michael Psarros |
| Mid Michigan Hotels |
| Midas Hospitality, LLC |
| Mid-Beach Trust |
| Middletown Management, Inc. |

## Exhibit A to Marriott International, Inc.
## Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
| --- |
| Midtown Equities |
| Midway |
| Midwest Hotels |
| Midwest Lodging Group |
| MIG Hospitality Properties |
| Milan Hotel Group |
| Milestone Development |
| Millennia Housing Development |
| Millennium Partners |
| Milwaukee River Hotel |
| Mirada Investment Inc. |
| MJM Group |
| MKP Management |
| MLEM Properties, Inc. |
| MMP Properties, Inc. |
| MMP-IHRWH Venture LLC |
| Moe Hospitality |
| MOG Lodging Investors, LLC |
| Mogul Hospitality Partners |
| Moinian Group |
| Monahan Group (The) |
| Monterey Peninsula Hotels Group, LP |
| Moody National Companies |
| Morgan Lodging LLC |
| MotManCo, Inc. |
| MSTAR |
| Mt. Rainier Administration Trust |
| MTP Hospitality Solutions |
| Murphco of Florida, Inc. |
| Musselman Hotels |
| MWS Hotel LLC |
| MY Housingmy housing |
| N.P.P., Inc. |
| NAB Hospitality, LLC |
| Namou Hotel Group |
| Nancy Walton Laurie |
| Napean Capital Group |
| Narsi Properties |
| Narven Enterprises |
| Nath Management Services |
| National Cooperative Bank, N.A. |
| National Hospitality Management |
| National Real Estate Advisors, LLC |
| Navika Capital Group |
| Nazarian Enterprises |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| NB Hotels |
| NCITE, Inc. |
| NCSC Hospitality Portfolio |
| Neema Hospitality Management Inc. |
| Nelson Companies |
| New Age Properties Group, LLC |
| New Castle Hotels, LLC |
| New Century Hotels |
| New Concepts Hospitality LLC |
| New Crescent |
| New Crown Holdings Limited, HK |
| New Directions Trust (The) |
| New Era Hotels and Resorts |
| New Horizon Hospitality, Inc. |
| Newage Rancho Mirage, LLC |
| Newcrest Management, LLC |
| NewcrestImage Management, LLC |
| Newport Hospitality Group, Inc. |
| Newport Taft, Inc. |
| Newstream Hotel Partners |
| Nexgen Hospitality II LLC |
| NexGen Hotels |
| NexPoint Advisors |
| Nightcap Management |
| Nigro Development, LLC |
| NimHin |
| Nine Mound Hospitality, LLC |
| NM Hospitality |
| NME Enterprises, Inc. |
| NMR Hospitality Management Company |
| Noble Investment Group |
| Nofar Hotels |
| NOI Hospitality |
| North Central Group (The) |
| North Point Hospitality Group, Inc. |
| North Star Hospitality |
| North Star Lodging Management Inc. |
| Northern Nevada Hospitality |
| Northridge Capital, LLC |
| Northview Hotel Group |
| Northwood Hospitality |
| Norwich Partners |
| Novare Group Holdings, L.L.C. |
| NRI Equity Land Investments, LLC |
| O and S Development, LLC |

22

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Oak Meadows Development Co., Inc. |
| Oaktree Capital Management |
| Ocean Jetty, LLC |
| Ocean Partners Associates |
| Ocean Properties |
| OceanGate Investments LLC |
| Oceanside Resorts |
| Oceanside Two, LLC |
| Odyssey Hotels |
| OhioInns |
| OHM Hotels Management Inc. |
| Oldham Goodwin Group (The) |
| Oliver Companies, Inc. |
| Olshan Hotel Management, Inc. |
| Olympia Gaming, LLC |
| Om Hospitality Inc. |
| Omega Hotel Group, LLC |
| Omkar Group |
| One Palm |
| ONIX Group |
| Opal Hotels Group |
| Open Door Hospitality |
| Operadora Hotelera Palma |
| Oracle |
| Oram Hotels |
| Orangeburg Xenia |
| O'Reilly Hospitality Management, LLC |
| OSSV Management |
| Otis and Clark Properties |
| OTO Development, LLC |
| P & S Inc. Of Raleigh |
| PA Teachers Association Retirement Fund |
| Paces Lodging Corporation |
| Pacific Hospitality Group, LLC |
| Pacific Northwest Petroleum |
| Pacific Realty Associates, LP (PacTrust) |
| Pacifica Companies |
| Pacifica Hotel Company |
| Packwood Management |
| PACREP LLC |
| Palisades Resorts, LLC |
| Palmer-Gosnell Management, Inc. |
| Palmlor, LLC |
| Palms Hospitality Management |
| Panchal Hospitality Group |

23

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Pandey Hotel Corporation |
| Paragon Hotel Company, Inc. |
| Paramount Hospitality Management |
| Paramount Hotel Limited Partnership |
| Park City Hotel Associates |
| Park Lodge Hotels |
| Park Place Hospitality Group |
| Park Place Hotel, LLC |
| Parkland Acquisition Two, LLC |
| Parks Hospitality Group |
| Parkside Hotels, LLC |
| Parth & Haley Hospitality |
| Pathfinder Development Corporation |
| PCY Corp. Inc. |
| Peachstate Hospitality, LLC |
| Peachtree Hotel Group, LLC |
| Pebblebrook Hotel Trust |
| PEG Development |
| Penn Square General Corp. |
| Pennbridge Group, LLC |
| Pensacola Hospitality |
| Pezold Management |
| PF Hospitality Group |
| PFHC Inc. |
| Pharos Hospitality |
| Philadelphia Suburban Development Corporation (PSDC) |
| Phoenix American Hospitality |
| Phoenix Hotel Ventures |
| Phybell Development Corp |
| Picknelly Family |
| Piedmont Center Associates |
| Pika Management |
| PIMCO |
| Pinnacle Hospitality (SC) |
| Pinnacle Hospitality Inc (MI) |
| Pinnacle Hospitality Management Group |
| Pinnacle Hospitality Partners, LLC |
| Pinnacle Hotel Group, Inc. |
| Pinnacle Hotel Management |
| Pinnacle Hotels USA |
| Pizzuti Companies |
| Plains Management Group |
| Plamondon Hospitality Partners |
| Platinum Equity |
| Platinum Hospitality |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Platinum Hospitality Management Co., Inc. |
| Plaza Group Management |
| PMF Investments, L.L.C. |
| PMH Investors, LLC |
| Pollin Hotels |
| Pompano Hotel Management |
| Ponderosa Hotel Management Services, LLC |
| Portage, LLC |
| Portfolio Hotels and Resorts |
| Portman Holdings |
| Poseidon Hotel Ventures, LLC |
| Positive Investments, Inc. |
| Poteat Hospitality Associates, LLC |
| Powerlong Group |
| Pramukh Varni |
| Preeminent Hotels |
| Premier Group |
| Premier Hotel Management |
| Premier Management |
| Premier Resorts and Management, Inc. |
| Presidio Hotel Group |
| Press Hotel LLC |
| Pride Management Inc. |
| Prima Hotels |
| Prime Developments, LLC |
| Prime Group (FL) |
| Prime Group (The) |
| Prime Hospitality Services |
| Prince Resorts Hawaii, Inc. |
| Prism Construction Company & KFH Investment Services, Ltd. |
| Pristine Hospitality |
| Procaccianti Group (The) |
| Prominence Hospitality |
| Propel Management, LLC |
| Protels |
| Provident Resources Group, Inc. |
| Ptosh Hotels |
| Pure Lodging Hospitality |
| Pyramid Advisors, LLC |
| Q Hotels |
| Qatar Investment Authority |
| Quadrangle Corporation |
| Qube Hotel Group |
| Queensgate Investments |
| R & K Investment Group |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| R T Innes Companies, LLC |
| R&S Hospitality |
| R.C. Hedreen, Co. |
| R.D. Olson Development |
| Radsk Associates, Ltd. |
| Rainbow Hotel Group, Inc. |
| Raines Hospitality, Inc. |
| RainMaker Hospitality, LLC |
| Raj Patel Hospitality LLC |
| Raja Patel Management |
| RAK Management, Inc. |
| Ram Hotel Management, LLC |
| Ram Hotels |
| RAMM Hospitality, Inc. |
| Rapid Creek Ranch LLC |
| RAR Hospitality |
| RAR Hospitality OH |
| Raupp Portfolio Fund, LLC |
| Raymond Management Company |
| RB Hospitality |
| RB Hospitality Urban Renewal Entity LLC |
| RD Management LLC |
| RDA Hotel Management Company |
| Real Hospitality Group |
| Realty Financial Partners |
| Rebound Hospitality, LLC |
| Redburn Development Companies |
| Regal Hospitality Group |
| Regent Hospitality |
| Regents of the University of California |
| Reinauer Transportation |
| Related Group |
| Relax Investments, Inc. |
| Renaissance Hospitality Management, Inc. |
| Retirement Systems of Alabama |
| RevPAR Companies |
| RFR Hotels Management Ltd |
| RGB Hospitality, Inc. |
| RHA 250, LLC |
| RHW Companies |
| Rialto Capital Advisors (as Special Servicer) |
| Riller Capital |
| Rim Rock Motel Management |
| RIMA Management |
| Rina Management, Inc. |

26

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Riverbrook Hospitality Management |
| RiverHeath LLC |
| RiverLink Hotels |
| Rivers Hotel Company |
| Riverside Hotel Partners, LLC |
| Riverview Holdings, LLC |
| RKJ Management, LLC |
| RLJ Lodging Trust |
| Robert Brennan Group |
| Robert Finvarb Companies |
| Robert Gustin Properties |
| Roch Capital |
| RockBridge |
| Rockbridge Hotels, LLC |
| Rocket Hotels |
| Rockgate Inns, Inc. |
| Rockpoint Group |
| Rockpoint Group, LLC |
| Rockwood Capital, LLC |
| Roedel Companies |
| Rohan Management |
| ROHM Group |
| Rookwood Hotel Partners, LLC |
| Rosanna Inc. |
| Roska Enterprises LLP |
| Route 3 Development Corporation |
| Roxbury Properties, LLC |
| Royal Lodging LLC |
| RPS Hotel Holdings |
| RRY Hospitality |
| RSD Hospitality |
| RTTT Hospitality, LLC |
| Rubicon Companies |
| Rudra Management |
| Ruffin Companies |
| Rui Gao Inc |
| RUKH Development |
| RXR Realty |
| Ryman Hospitality Properties, Inc. |
| S and B Motels, Inc. |
| S and D Hospitality, Inc. |
| S and H Hospitality Realty LLC |
| S&J Hotels |
| S&S Hotels Inc. |
| S.C. Hospitality |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Safari Hospitality |
| Sagamore Philadelphia |
| Sage Hospitality |
| Sage Hospitality, Inc. (Dr. Patel) |
| Sagemont Hotels |
| Sai Hotel Group |
| SAI Lodging, LLC |
| Salita Development, LLC |
| Salt River Devco |
| Sam and Shree Corporation |
| Sam Moon Group |
| Samar Hospitality |
| Samchully America Corporation |
| San Carlos Associates |
| Sand Hill Property Company |
| Sandhu Corporation of Virginia |
| Sandpiper Hospitality |
| SANTA MONICA PROPER JV LLC |
| Sanwood Hospitality |
| Sarab Sukh Hotels |
| Sarnsa Investments |
| Satya Hotels, Inc. |
| Sava Group |
| Savoy Hotels |
| Sawyer Realty Holdings LLC |
| Saxena & Patel (GA) |
| SBM Hospitality |
| Scalzo Hospitality, Inc |
| Scannapieco Development Corporation |
| Scarlett Hotel Group |
| SCG Hospitality |
| Schahet Hotels, Inc. |
| Schiller Park Hospitality |
| Schott Hotel Group |
| Schulte Hospitality Group |
| Scott Enterprises |
| Seaview Investors, LLC |
| Seaway Hotel Corporation |
| Sejwad Hotels Management & Development Company |
| Select Development |
| Select Milk Producers Inc. |
| Senate Hospitality |
| SENYAR MIAMI HOLDING LLC |
| Seon Hee, Inc. |
| Sequoia Development, Inc. |

## Exhibit A to Marriott International, Inc.
## Certification of Interested Entities or Persons (L.R. 3-15)

| Interested Entities or Persons |
|---|
| Serka Turizm A.S. |
| Sethi Management |
| Seva Hospitality |
| SF Hotel Investors, LLC |
| Shadeland Enterprises |
| Shakopee Mdewakanton Sioux Community |
| Shamin Hotels |
| Shamrock Development, Inc. |
| Shanason Group |
| Shaner Hotel Group |
| Shaner Investments |
| SharCon Hotel Mgmt & Dev Co |
| Shashi Corporation |
| Shelby Hospitality Group LLC |
| Shelini Hospitality |
| Shenzhen New World |
| Sheraton Grand Phoenix LLC |
| Sheraton License Operating Company, LLC |
| Sheridan Properties Inc. |
| Sherman Associates (George Sherman) |
| Shidler Group (The) |
| Shield Hotel Management |
| Shinn Enterprises Inc |
| Shippensburg University Foundation |
| Shivam Property Management |
| Shree Vithal Krupa, LLC |
| Shular Companies |
| Sibony Hotels |
| Siddhi Hotel Group |
| Sidra Real Estate |
| Sierra Vista Hotels, LLC |
| Sigma Management, LLC |
| Sigma Phi Alpha Corporation |
| Silver Recycling |
| Silverwest Hotel |
| Sima Hotels |
| Simon Konover Company (The) |
| Simone Development Companies |
| SINA 14, LLC |
| Sinclair Holdings, LLC |
| Singerman Real Estate |
| Singh Realty, LLC |
| Sippel Enterprises, L.P. |
| SJB Companies |
| SJS Hospitality, LLC |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Sky Hospitality Management LLC |
| Skyline Investments |
| SLAB |
| Slawson Companies |
| Smart Summit Nine, LLC |
| SMC Hotels Group |
| SMI Hotel Group |
| SNI Capital Group |
| Software Technology Solutions |
| Soham Group, LLC |
| Soho Hotel Owner LLC |
| SOHotel, LLC |
| Sohum, Inc. |
| Solara Hospitality, LLC |
| Solid Rock Advisors |
| Solow Incorporated |
| Sotherly Hotels Inc. |
| Southern Capital Life Insurance Co. |
| Southern Hospitality Group |
| Southern Hospitality Management Company Inc. |
| Southern Hospitality Services, LLC |
| Southern Rhode Island Hospitality |
| Southern Ute Indian Tribe |
| Southern Ventures Corporation |
| Southfield Lodging |
| Southwest Hospitality Management |
| Spark Hotels |
| Spectrum Hospitality Management |
| Spirit Hospitality LLC |
| SPK Holdings, LLC |
| SPMH Maui, LLC |
| Spottswood Hotels, Inc. |
| Spring Valley Hospitality Advisors, LLC |
| Springfield Corporation |
| Springfield Investment Group, L.P. |
| Springwood Hospitality, LLC |
| Sree Akshar |
| SREE Hotels, LLC |
| Sree Sai Hotels, LLC |
| SSN Hotel Management |
| SSR Hospitality |
| SSS Milwaukee |
| Stafford Hospitality, Inc. |
| Stanford Hotel Corporation |
| Star Hospitality Group, Inc. |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Star Hotels Inc |
| Starwood Capital Group |
| Starwood Hotels & Resorts Worldwide |
| Starwood Hotels & Resorts Worldwide, LLC |
| Status Hospitality Management |
| StaySharpe Hotels |
| Stellar Hospitality |
| Sterling Hospitality Management, LLC |
| Stevens Holtze Corporation d/b/a Stout Street Hospitality |
| still88 |
| Stonebridge Companies |
| Stormont Hospitality Group, LLC |
| Strategic Hotels & Resorts |
| Stratus Properties Inc. |
| STW LaGuardia LLC |
| Suburban Inns - H.I.H. Inc. |
| Suites Development, LLC |
| Summit Hotel Properties REIT |
| Summit Management Corporation |
| Sun America |
| Sun Capital Hotels |
| Sun Development and Management Corporation |
| Sun Hill Properties, Inc. |
| Sunrider International |
| Sunridge Hotel Group |
| Sunrise Hospitality, Inc. |
| Sunstone Hotel Investors, Inc. |
| Superhost Hospitality |
| Superior Hospitality Management |
| Surfside Resort |
| SWAN USA |
| Sycamore Investment Group |
| Sycan B Corp. |
| Synergy Hospitality, Inc. |
| Syracuse Community Hotel Restoration Company 1 |
| Syracuse University |
| T2 Development, LLC |
| Taconic |
| Taj Hospitality |
| Tala Management, Inc. |
| Tampa HI OpCo VIII |
| Tarsadia Hotels |
| Tavistock Group |
| TCH Altera ACHH LP |
| TCOR Holdings |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| TEKMAK Development Company |
| Terrapin Investments |
| Terratron |
| Testa Enterprises, Inc. |
| TGC Hospitality |
| Thakor, LLC |
| Thames, LLC |
| Tharaldson Hospitality Management |
| Thayer Lodging Group |
| The Amin Group |
| The Bay Clubs Company |
| The Berger Company |
| The Brick Companies |
| The Colonial Williamsburg Foundation |
| The Hurt Group |
| The Kishan Group Inc. |
| The Olympia Companies |
| Thomas Point Ventures (JWM Family Enterprises) |
| Three Wall Capital LLC |
| Tidy Investment |
| Tishman Hotel Corporation |
| TKO - The Koehler Organization |
| TLTsolutions |
| TMH Hotels, Inc. |
| TNB Hotels |
| Toli, Inc. |
| Toole Companies |
| Torchlight Investors |
| Total Management Systems, Inc. |
| Touchstone Corporation |
| Touchstone Hospitality, Inc. |
| Tourist Promotion Services, LLC |
| Tower West Holdings, LLC |
| TPI Hospitality |
| Tramz Hotels, Inc. |
| Trans Inns Management |
| Traverse Hospitality, LLC |
| Treemont Partners |
| Tribeca Associates |
| Trident International Properties, Inc. |
| Trimark Property Group |
| Trinity Development & Management |
| Trinity Investments, LLC |
| Tripoli Management |
| Tristar Capital |

**Exhibit A to Marriott International, Inc.**
**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Tri-Star Hotels Investments, Inc. |
| Triumph Development, LLC |
| TRI-VAN |
| Trivedi Hospitality, LLC |
| Trivedi, LLC |
| Triyar Hospitality |
| Troutbrook Company |
| True North Hotel Group, Inc. |
| True North Management Group |
| TSW Investment LLC |
| Tully Hotels |
| Turnberry Associates |
| Turtle Bay Exploration Park |
| TVG Development (Verandah Group) |
| Twenty4Seven Hotels Corporation |
| Twin Tier Hospitality |
| U.S. Shun Tat Investment Inc. |
| U.S.A. Management, Inc. |
| UBS |
| UBS Realty Investors, LLC |
| UC Funds |
| Uma Hospitality |
| Umbrella Hotel Group |
| Union Leasing Company |
| United Capital Corp. |
| United Construction and Development Group Corp. |
| United Group (The) |
| Unity Hospitality |
| Unity Lodging |
| Universal Lodging |
| University of Alabama at Birmingham (UAB) |
| University of Maryland |
| University of Pennsylvania |
| University of Texas M.D. |
| Uptowner Inns, Inc. |
| Urban Commons, LLC |
| Urbana Varro Hotels & Resorts |
| Urgo Hotels & Resorts |
| Ustler Development, Inc. |
| Utah Hospitality |
| V and V Management & Hospitality |
| VAHG Hospitality LLC |
| Vail Resorts Development Company |
| Valley World, Inc. |
| Varin Realty, LLC |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| VB Hospitality Management |
| Veeder Hospitality Services, LLC |
| Venture Hospitality Holdings |
| Veridea Group |
| Victoria Hospitality |
| Victus Group (The) |
| Village of Schaumburg |
| Village Pflugerville Operating LLC |
| VIM, Inc. |
| Vinakom, Inc. |
| Virtua Partners |
| Vision Hospitality Group, Inc. |
| Visions Hotels LLC |
| Vista Hospitality |
| Vista Host, Inc. |
| Vista Management |
| Vistacon LLC |
| VP Management |
| VPUST Hotel GP, LLC |
| VY Napa Holdings |
| W.P. Carey and Co., Inc. |
| Walker Reynolds |
| Walton Street Capital |
| Wampold Companies |
| Wankawala Organization (The) |
| Waramaug Hospitality |
| Warren Norman Company, Inc. |
| Wasatch Companies |
| Washington Holdings |
| Waterford Group (The) |
| Waterford Hotel Group |
| Waterloo Hotel, LLC |
| Waterton Hospitality |
| Wayne County Airport Authority |
| WeCare Hotels |
| WEDGE Hotels |
| Weglarz Company (The) |
| Welcome Group, Inc. |
| Welcome Management |
| West River, Inc. |
| West Willow Properties, LLC |
| Westbrook Partners |
| Western and Southern Life Insurance Co. (The) |
| Western Hospitality Group |
| Western International |

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
|---|
| Western States Lodging and Management |
| Westmont Hospitality Group |
| Westport Hospitality |
| Westway Hospitality |
| WH Holdings, LLC |
| Wharf Entertainment Properties LLC |
| Wheelock Street Capital |
| White Lodging Services Corp. |
| Whitestone Hospitality |
| Whiting Brothers Investment Co. Inc. |
| Wickens Management, Inc. |
| Widewaters Group |
| Wigan Holding Company |
| Wild Horse Pass Development Co. |
| Wilkinson Corporation |
| Williams and Dame Development, Inc. |
| Windsor Capital Group |
| Windsor/Aughtry Company |
| Wine Country Hospitality, LLC |
| Winegardner and Hammons, Inc. |
| Wintime Limited |
| Winwood Hospitality Group |
| Wisco Hotel Group |
| Witkoff Group (The) |
| Witness Group |
| WJ Newport, LLC |
| WKK Hotels, LLC |
| Wolff Urban Development |
| Woodbine Development Corporation |
| Woodbury Corporation |
| Woodlands Development Corporation |
| Woodmont Lodging |
| Woodridge Capital Partners |
| Worth Hotels LLC |
| Worthy Hotels Inc. |
| Wright Investment Properties |
| Wurzak Hotels |
| Wynn Services, LLC |
| Xenia Hotels & Resorts, Inc. |
| XLD Group, LLC |
| XSS Hotels |
| Yajat |
| Yedla Management Company |
| Yogi-Mahesh Corporation |
| Younes Hospitality |

35

**Exhibit A to Marriott International, Inc.**

**Certification of Interested Entities or Persons (L.R. 3-15)**

| Interested Entities or Persons |
| --- |
| Z. L. C., Inc. |
| Zap Management Corp. |
| Zenique Hotels |
| Zenith Acquisition Company |
| ZJZ Hospitality, Inc. |
| ZMC Hotels |

36